UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOEY JOSEPH,<br>　　　　Plaintiff<br><br>VS.<br><br>OFFICER P. IAPICCA, OFFICER LENTINI,<br>OFFICER RUSSELL, OFFICER VOEGELIN, AND<br>THE TOWN OF READING,<br>　　　　Defendants | CIVIL ACTION<br>NO. 04-11421-JLT |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE NAMED COURT:

　　Please enter my appearance as attorney for the Defendants with reference to the above-captioned action.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　__/s/ Leonard H. Kesten__
　　　　　　　　　　　　　　　　Leonard H. Kesten. BBO No. 542042
　　　　　　　　　　　　　　　　BRODY, HARDOON, PERKINS & KESTEN, LLP
　　　　　　　　　　　　　　　　One Exeter Plaza
　　　　　　　　　　　　　　　　Boston, MA 02116
　　　　　　　　　　　　　　　　(617) 880-7100

Dated: September 7, 2004