UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOEY JOSEPH,<br>        Plaintiff | )<br>)<br>) | CIVIL ACTION<br>NO. 04-11421-JLT |
| VS. | )<br>)<br>) | |
| OFFICER P. IAPICCA, OFFICER LENTINI,<br>OFFICER RUSSELL, OFFICER VOEGELIN, AND<br>THE TOWN OF READING,<br>        Defendants | )<br>)<br>)<br>)<br>)<br>) | |

**ANSWER OF THE DEFENDANTS TO PLAINTIFF'S
COMPLAINT AND JURY CLAIM**

**FIRST DEFENSE**

The defendants hereby state that the plaintiff's complaint fails to state a cause of action upon which relief can be granted.

**SECOND DEFENSE**

The defendants hereby answer the plaintiff's Complaint, Paragraph by Paragraph, as follows:

**INTRODUCTION**

1.  The defendants state the allegations contained in this paragraph state a conclusion of law to which the defendants need not respond.

**JURISDICTION**

2.  The defendants state the allegations contained in this paragraph state a conclusion of law to which the defendants need not respond.

**PARTIES**

3.  The defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph.

4.  The defendants admit that they are duly appointed officers employed by the Town of Reading and state the remaining allegations contained in this paragraph state a conclusion of law to which the defendants need not respond.

5.  The defendants admit the allegations contained in this paragraph.

## FACTS

6.  The defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph.

7.  The defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph.

8.  The defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph.

9.  The defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph.

10. The defendants admit the allegations contained in this paragraph.

11. The defendants admit the allegations contained in this paragraph.

12. The defendants admit that Officer Iapicca, among others, asked the plaintiff his name and asked him for identification. The defendants state that the plaintiff refused to provide his full name and refused to provide identification. The defendants deny the remaining allegations.

13. The defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph.

14. The defendants admit the allegations contained in this paragraph.

15. The defendants deny the allegations contained in this paragraph.

16. The defendants admit the allegations contained in this paragraph.

17. The defendants admit that the plaintiff refused to come outside the train to speak with them.

18. The defendants admit the allegations contained in this paragraph.

19. The defendants deny the allegations contained in this paragraph.

20. The defendants admit that defendant, Voegelin, attempted to take the plaintiff's wallet so he could ascertain identification. The defendants deny that this was illegal.

21. The defendants deny the allegations contained in this paragraph.

22. The defendants admit the plaintiff was taken into custody, taken to the Reading Police Station, and booked. The defendants admit his photograph was taken. The defendants deny the remaining allegations in this paragraph.

23. The defendants admit the allegations contained in this paragraph.

### COUNT I: VIOLATION OF 42 U.S.C. §1983 BY INDIVIDUAL DEFENDANTS, VOEGELIN, IAPICCA, LENTINI, AND RUSSELL

24. The defendants hereby repeat their responses to Paragraphs 1 through 23 of the plaintiff's complaint.

25. The defendants deny the allegations contained in this paragraph.

### COUNT II: VIOLATION OF 42 U.S.C. §1983 BY DEFENDANT, TOWN OF READING

26. The defendants hereby repeat their responses to Paragraphs 1 through 25 of the plaintiff's complaint.

27. The defendants deny the allegations contained in this paragraph.

28. The defendants deny the allegations contained in this paragraph.

### COUNT III: VIOLATION OF MASSACHUSETTS CIVIL RIGHTS ACT M.G.L. c. 12 §11I, BY ALL DEFENDANTS

29. The defendants hereby repeat their responses to Paragraphs 1 through 28 of the plaintiff's complaint.

30. The defendants deny the allegations contained in this paragraph.

WHEREFORE, the defendants deny that the plaintiff is entitled to judgment in any amount against the defendants and, furthermore, the defendants ask this Honorable Court to enter judgment for the defendants and against the plaintiff along with interests, costs and attorneys fees.

### AFFIRMATIVE DEFENSES

### AFFIRMATIVE DEFENSE NO. 3

By way of affirmative defense, the defendants say that the action is barred by the applicable statute of limitations.

### AFFIRMATIVE DEFENSE NO. 4

By way of affirmative defense, the defendants state that the defendants' actions are entitled to qualified good faith immunity.

## JURY CLAIM

THE DEFENDANTS CLAIM A TRIAL BY JURY AS TO ALL ISSUES PROPERLY TRIABLE TO A JURY.

Defendants,
By their attorneys,
BRODY, HARDOON, PERKINS & KESTEN, LLP

/s/ Leonard H. Kesten
Leonard H. Kesten. BBO No. 542042
Deborah I. Ecker, BBO No. 554623
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Dated: September 7, 2004