UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOEY JOSEPH,  )
    Plaintiff  )  CIVIL ACTION
       )  NO. 04-11421-JLT
       )
VS.  )
       )
OFFICER P. IAPICCA, OFFICER LENTINI,  )
OFFICER RUSSELL, OFFICER VOEGELIN, AND  )
THE TOWN OF READING,  )
    Defendants  )
       )

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter my appearance as attorney for the Defendants with reference to the above-captioned action.

          Respectfully submitted,

          /s/Deborah I. Ecker
          Deborah I. Ecker, BBO# 554623
          BRODY, HARDOON, PERKINS & KESTEN, LLP
          One Exeter Plaza
          Boston, MA 02116
          (617) 880-7100

Dated: September 7, 2004