UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOEY JOSEPH,<br><br>  Plaintiff,<br><br>v.<br><br>OFFICER P. IAPICCA, OFFICER LENTINI OFFICER RUSSELL, OFFICER VOEGELIN, and THE TOWN OF READING<br>  Defendants. | Case No. 04-11421-JLT |

Parties' Joint Statement

Pursuant to Local Rule 16.1, the Plaintiff and the Defendants propose the following Joint Statement in advance of the scheduling conference set for December 7, 2004.

I.   Statement Pursuant to Local Rule 16.1(B)

Counsel for the plaintiff and defendants state herein that they have conferred pursuant to Rule 16.1(b) for the purpose of (1) preparing an agenda of matters to be discussed at the scheduling conference; (2) preparing a proposed pretrial schedule; and (3) considering whether the parties will consent to trial by magistrate judge.

II.  Statement Pursuant to Local Rule 16.1(C )

The parties have not exchanged settlement proposals.

III. Proposed Statement Pursuant to Local Rule 16.1(D)

The parties propose the following pretrial schedule:

1.   Close of discovery - June 30, 2005

   Plaintiff's anticipated discovery

At this time, the Plaintiff anticipates he will notice four (4) depositions, including the deposition of the following:

   a.   Officer P. Iapicca;
   b.   Officer Lentini;
   c.   Officer Russell; and
   d.   Office Voegelin

<u>Defendants' anticipated discovery</u>

At this time the Defendants anticipate that they will notice five (5) depositions, including the deposition of the following:

a. The Plaintiff;
b. Jerry Demondena – General Road Foreman of Mass Bay Commuter Rail who arrived at the police station to assist the Plaintiff;
c. Conductor of the Train;
d. Randy Carter – witness; and
e. Mass Bay Commuter Rail – person most knowledgeable about training given to employees regarding procedures to follow when involved in an accident, appropriate response to accident and investigation of accidents.

2. Proposed Motion Schedule – Dispositive motions to be filed on or before July 31, 2005 with response due 30 days thereafter.

Proposed Pretrial Conference Date – The defendants propose that the Court conduct a pre-trial conference in this matter in October 2005.

3. Certifications signed by counsel and an authorized representative of each party affirming that each party and that party's counsel have conferred pursuant to Local Rule 16.1 have been filed with the Court under separate cover.

Respectfully submitted,
The Plaintiff,
Joey Joseph,
By his attorney,

Respectfully submitted,
The Defendants,
Officer P. Iapicca, Officer Lentini,
Officer Russell, Officer Voegelin, and
The Town of Reading,
By their attorneys,

/s/ Stephen Hrones
Stephen Hrones, BBO# 242860
HRONES & GARRITY
Lewis Wharf – Bay 232
Boston, MA 02110-3927
(617) 227-4019

/s/ Deborah I. Ecker
Leonard H. Kesten, BBO# 542042
Deborah I. Ecker, BBO# 554623
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza, 12th Floor
Boston, MA 02116
(617) 880-7100

DATED: November 22, 2004