UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOEY JOSEPH,
    Plaintiff

VS.

OFFICER P. IAPICCA, OFFICER LENTINI,
OFFICER RUSSELL, OFFICER VOEGELIN, AND
THE TOWN OF READING,
    Defendants

CIVIL ACTION
NO. 04-11421-JLT

## CERTIFICATION PURSUANT TO RULE 16.1

We hereby certify that we have conferred with a view to establishing a budget for the costs of conducting the full course--and various alternative courses-- of the litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs.

_____
Officer Pat Iapicca

Defendants,
By their attorneys,
BRODY, HARDOON, PERKINS & KESTEN, LLP

_____
Leonard H. Kesten. BBO No. 542042
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Dated: November 26, 2004

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOEY JOSEPH,                              )
      Plaintiff                         )    CIVIL ACTION
                                        )    NO. 04-11421-JLT
                                        )
VS.                                       )
                                        )
OFFICER P. IAPICCA, OFFICER LENTINI,      )
OFFICER RUSSELL, OFFICER VOEGELIN, AND    )
THE TOWN OF READING,                      )
      Defendants                        )

## CERTIFICATION PURSUANT TO RULE 16.1

    We hereby certify that we have conferred with a view to establishing a budget for the costs of conducting the full course--and various alternative courses-- of the litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs.

                                          Defendants,
                                          By their attorneys,
                                          BRODY, HARDOON, PERKINS & KESTEN, LLP

_____        _____
Officer Charles Lentini                            Leonard H. Kesten, BBO No. 542042
                                                                                   One Exeter Plaza
                                                                                   Boston, MA 02116
                                                                                   (617) 880-7100

Dated: November 17, 2004

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOEY JOSEPH,<br>      Plaintiff<br><br>VS.<br><br>OFFICER P. IAPICCA, OFFICER LENTINI,<br>OFFICER RUSSELL, OFFICER VOEGELIN, AND<br>THE TOWN OF READING,<br>      Defendants | )<br>)  CIVIL ACTION<br>)  NO. 04-11421-JLT<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATION PURSUANT TO RULE 16.1

We hereby certify that we have conferred with a view to establishing a budget for the costs of conducting the full course--and various alternative courses-- of the litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs.

                                                                  Defendants,
                                                                  By their attorneys,
                                                                  BRODY, HARDOON, PERKINS & KESTEN, LLP

_____
Sergeant Bruce Russell

_____
Leonard H. Kesten. BBO No. 542042
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Dated: November 12, 2004

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOEY JOSEPH,
    Plaintiff

VS.

OFFICER P. IAPICCA, OFFICER LENTINI,
OFFICER RUSSELL, OFFICER VOEGELIN, AND
THE TOWN OF READING,
    Defendants

CIVIL ACTION
NO. 04-11421-JLT

## CERTIFICATION PURSUANT TO RULE 16.1

We hereby certify that we have conferred with a view to establishing a budget for the costs of conducting the full course--and various alternative courses-- of the litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs.

Defendants,
By their attorneys,
BRODY, HARDOON, PERKINS & KESTEN, LLP

_____
Officer Christopher Voegelin

_____
Leonard H. Kesten. BBO No. 542042
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Dated: November 26, 2004

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOEY JOSEPH,
    Plaintiff )
) CIVIL ACTION
) NO. 04-11421-JLT
VS. )
)
OFFICER P. IAPICCA, OFFICER LENTINI, )
OFFICER RUSSELL, OFFICER VOEGELIN, AND )
THE TOWN OF READING, )
    Defendants )

## CERTIFICATION PURSUANT TO RULE 16.1

    We hereby certify that we have conferred with a view to establishing a budget for the costs of conducting the full course--and various alternative courses-- of the litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs.

_____
Peter Hechenbleikner,
Town Manager

Dated: November 16, 2004

Defendants,
By their attorneys,
BRODY, HARDOON, PERKINS & KESTEN, LLP

_____
Leonard H. Kesten. BBO No. 542042
One Exeter Plaza
Boston, MA 02116
(617) 880-7100