UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOEY JOSEPH,       ) <br>     Plaintiff        ) <br>            ) <br> v.           ) <br>            ) <br> Officer P. IAPICCA, Officer LENTINI,    ) <br> Officer RUSSELL, Officer VOEGELIN, and) <br> the TOWN OF READING*,*    ) <br>     Defendants,    ) <br>            ) | C.A. NO. 04-11421-JLT <br><br> **COUNSEL CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)** |

In accordance with Local Rule 16.1(d)(3), the undersigned counsel as an authorized representative of Plaintiff Joey Joseph, certify that counsel and parties have conferred with a view to establishing a budget for the costs of conducting the full course and various alternate courses of litigation and to consider the resolution of the litigation through the use of ADR process such as those outlined in Local Rule 16.1(D)(3).

                                                              Respectfully submitted,
                                                              The Plaintiff Joey Joseph,
                                                              By his attorneys,

//S//Joey Joseph                           //S//Jessica D Hedges
Joey Joseph                                     Stephen Hrones (BBO No. 242860)
                                                      Jessica D Hedges (BBO#645847)
                                                      HRONES & GARRITY
                                                      Lewis Wharf-Bay 232
                                                      Boston, MA 02110-3927
                                                      T)617/227-4019

**CERTIFICATE OF SERVICE**

    I, Jessica D Hedges, hereby certify that on this 6th day of December, 2004, I served one true and correct copy of the plaintiff's COUNSEL CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3), where unable to do so electronically, by United States First-Class Mail, postage prepaid, as follows: Leonard H Kesten, Esq., BRODY HARDOON PERKINS & KESTEN, One Exeter Plz, Boston, MA 02116.

                                                //S//  Jessica D Hedges
                                                  Jessica D. Hedges