UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOEY JOSEPH, | * | |
| | * | |
| Plaintiff, | * | |
| | * | Civil Action No. 04-11421-JLT |
| v. | * | |
| | * | |
| | * | |
| OFFICER P. IAPICCA, OFFICER LENTINI, | * | |
| OFFICER RUSSELL, OFFICER VOEGELIN, | * | |
| and the TOWN OF READING, | * | |
| | * | |
| Defendants. | * | |

## ORDER

December 9, 2004

TAURO, J.

After a conference on December 7, 2004, this court hereby orders that:

1. Plaintiff may depose Officer Pat Iapicca, Officer Charles Lentini, Sergeant Bruce Russell, Officer Christopher Voegelin, and Peter Hechenbleikner;

2. Defendants may depose Joey Joseph, Jerry Demondena, Randy Carter, the Conductor of the train, and the person at Mass Bay Commuter Rail most knowledgeable about training given to employees regarding procedures to follow when involved in an accident, appropriate response to an accident, and investigation of accidents;

3. The Parties shall complete all discovery by April 29, 2005;

4. No additional discovery will be permitted without leave of this court; and

5.      A Further Conference is scheduled for May 10, 2005 at 10:00 a.m.

IT IS SO ORDERED.

                                                                             /s/ Joseph L. Tauro  
                                                                 United States District Judge

Case 1:04-cv-11421-JLT    Document 10    Filed 12/09/2004    Page 2 of 2