UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOEY JOSEPH,<br>    Plaintiff<br><br>v.<br><br>Officer P. IAPICCA, Officer LENTINI,<br>Officer RUSSELL, Officer VOEGELIN, and<br>the TOWN OF READING,<br>    Defendants, | C.A. NO. 04-11421-JLT<br><br>**ASSENTED-TO MOTION**<br>**TO EXTEND DEADLINE FOR**<br>**THE TAKING OF DEPOSITIONS** |

Now come the parties in the above-captioned proceeding by and through their respective counsel and respectfully request that this Honorable Court extend the deadline for the taking of depositions until May 31, 2005. As grounds therefor, the parties state that there are multiple defendants in this case, and that due to counsels' previously scheduled obligations, they cannot complete all of the depositions before the end of the current deadline of April, 2005.

All counsel assent to this Motion.

Respectfully submitted,
The Plaintiff Joey Joseph,
By his attorneys,

//S//Stephen Hrones
Stephen Hrones (BBO No. 242860)
Jessica D Hedges (BBO No. 645847)
HRONES GARRITY & HEDGES LLP
Lewis Wharf-Bay 232
Boston, MA 02110-3927
T)617/227-4019

**CERTIFICATE OF SERVICE**

I, Stephen Hrones, hereby certify that on this 13th day of April 2005, I served one true and correct copy of the foregoing ASSENTED-TO MOTION TO EXTEND DEADLINE FOR THE TAKING OF DEPOSITIONS, where unable to do so electronically, by United States First-Class Mail, postage prepaid, as follows: Deborah I Ecker, Esq., BRODY HARDOON PERKINS & KESTEN, One Exeter Plz, Boston, MA 02116.

//S//Stephen Hrones
Stephen Hrones