UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOEY JOSEPH,<br>    Plaintiff<br><br>v.<br><br>Officer P. IAPICCA, Officer LENTINI,<br>Officer RUSSELL, Officer VOEGELIN, and<br>the TOWN OF READING,<br>    Defendants, | C.A. NO. 04-11421-JLT<br><br>**PLAINTIFF'S MOTION<br>TO EXTEND DEADLINE FOR<br>THE TAKING OF DEPOSITIONS** |

Now comes the Plaintiff Joey Joseph in the above-captioned proceeding and respectfully requests that this Honorable Court extend the deadline for the taking of depositions until May 31, 2005. As grounds therefor, Plaintiff state that there are multiple defendants in this case, and that due to Plaintiff's counsel Stephen Hrones' previously scheduled obligations and two-week vacation out of the country (March 19 through April 4, 2005), he has been unable to complete all of the depositions before the end of the current deadline of April, 2005.

Defendants' counsel Leonard H Kesten does not assent to this Motion.

Respectfully submitted,
The Plaintiff Joey Joseph,
By his attorneys,


//S//Stephen Hrones
Stephen Hrones (BBO No. 242860)
Jessica D Hedges (BBO No. 645847)
HRONES GARRITY & HEDGES LLP
Lewis Wharf-Bay 232
Boston, MA 02110-3927
T)617/227-4019

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I, Stephen Hrones, hereby certify that, on April 13, 2005, I directed that this Motion be filed in the District Court. I conferred in person with Leonard H Kesten, counsel for the Defendants, who said that he does not assent to this Motion.

    //S//Stephen Hrones  
    Stephen Hrones

### CERTIFICATE OF SERVICE

I, Stephen Hrones, hereby certify that on this 14th day of April 2005, I served one true and correct copy of the foregoing PLAINTIFF'S MOTION TO EXTEND DEADLINE FOR THE TAKING OF DEPOSITIONS, where unable to do so electronically, by United States First-Class Mail, postage prepaid, as follows: Leonard H Kesten, Esq., Deborah I Ecker, Esq., BRODY HARDOON PERKINS & KESTEN, One Exeter Plz, Boston, MA 02116.

    //S//Stephen Hrones  
    Stephen Hrones