UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOEY JOSEPH, )<br>  Plaintiff )<br> ) <br>v. )<br> )<br>Officer P. IAPICCA, Officer LENTINI, )<br>Officer RUSSELL, Officer VOEGELIN, and )<br>the TOWN OF READING, )<br>  Defendants, )<br> ) | C.A. NO. 04-11421-JLT<br><br>**NOTICE OF APPEARANCE** |

Please enter my appearance as co-counsel to the Plaintiff, Joey Joseph, in the above-captioned matter.

Respectfully submitted,
The Plaintiff Joey Joseph,
By his attorneys,


//S//Jessica D Hedges
Jessica D Hedges (BBO#645847)
HRONES GARRITY & HEDGES LLP
Lewis Wharf-Bay 232
Boston, MA 02110-3927
T)617/227-4019


**CERTIFICATE OF SERVICE**

I, Jessica D Hedges, hereby certify that on this 10th day of June, 2005, I served one true and correct copy of the foregoing NOTICE OF APPEARANCE, where unable to do so electronically, by United States First-Class Mail, postage prepaid, as follows: Leonard H Kesten, Esq., BRODY HARDOON PERKINS & KESTEN, One Exeter Plz, Boston, MA 02116.


//S// Jessica D Hedges
Jessica D. Hedges