UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOEY JOSEPH, | * | |
| | * | |
| Plaintiff, | * | |
| | * | Civil Action No. 04-11421-JLT |
| v. | * | |
| | * | |
| | * | |
| OFFICER P. IAPICCA, OFFICER LENTINI, | * | |
| OFFICER RUSSELL, OFFICER VOEGELIN, | * | |
| and the TOWN OF READING, | * | |
| | * | |
| Defendants. | * | |

ORDER

June 16, 2005

TAURO, J.

After the Further Conference held on June 16, 2005, this court hereby orders that:

1. The discovery deadline is extended to August 15, 2005;

2. No additional discovery will be permitted without leave of this court; and

3. A Pretrial Conference is scheduled for September 6, 2005 at 10:30 a.m.

IT IS SO ORDERED.

/s/ Joseph L. Tauro
United States District Judge