UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOEY JOSEPH, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| | * | |
| v. | * | Civil Action No. 04-11421-JLT |
| | * | |
| | * | |
| OFFICER P. IAPICCA, OFFICER LENTINI, OFFICER RUSSELL, OFFICER VOEGELIN, AND THE TOWN OF READING, | * * * * | |
| | * | |
| Defendants. | * | |

ORDER

September 7, 2005

TAURO, J.

After a conference on September 6, 2005, this court hereby orders that:

1. The Parties are to appear for Trial on January 9, 2006, at 10:00 a.m.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge