UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JOEY JOSEPH<br>    Plaintiff,<br><br>v.<br><br>Officer P. IAPICCA, Officer LENTINI,<br>Officer RUSSELL, Officer VOEGELIN,<br>and the TOWN OF READING,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. NO. 04-11421-JLT |

**NOTICE OF APPEARANCE**

Please enter the appearance of Michael Tumposky as co-counsel for the Plaintiff in the above-entitled action.

Respectfully Submitted,

//S// Michael Tumposky
Michael Tumposky
BBO No. 660618
Hrones, Garrity & Hedges
Lewis Wharf-Bay 232
Boston, MA 02110-3927
T) (617) 227-4019

**CERTIFICATE OF SERVICE**

I hereby certify, on this the 22nd day of September, 2005, that I have caused to be served a copy of this document, where unable to do electronically, by first class mail on all counsel of record in this matter.

//S// Michael Tumposky
Michael Tumposky