UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOEY JOSEPH )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>Officer P. IAPICCA, Officer LENTINI, )<br>Officer RUSSELL, Officer VOEGELIN, )<br>and the TOWN OF READING, )<br>    Defendants. )<br> ) | C.A. NO. 04-11421-JLT |

**NOTICE OF FILING WITH CLERK'S OFFICE**

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the District Court and are available in paper form only:

1. Exhibit "A" to the Plaintiff Joseph's L.R. 56.1 Statement of Facts for his Motion for Summary Judgment.

2. Exhibit "B" to the Plaintiff Joseph's L.R. 56.1 Statement of Facts for his Motion for Summary Judgment.

3. Exhibit "C" to the Plaintiff Joseph's L.R. 56.1 Statement of Facts for his Motion for Summary Judgment

4. Exhibit "D" to the Plaintiff Joseph's L.R. 56.1 Statement of Facts for his Motion for Summary Judgment.

5. Exhibit "E" to the Plaintiff Joseph's L.R. 56.1 Statement of Facts for his Motion for Summary Judgment.

6. Exhibit "G" to the Plaintiff Joseph's L.R. 56.1 Statement of Facts for his Motion for Summary Judgment.

7.     Exhibit "H" to the Plaintiff Joseph's L.R. 56.1 Statement of Facts for his Motion for Summary Judgment.

                          Respectfully Submitted,
                          The Plaintiff Joey Joseph
                          By his attorneys

DATED: September 22, 2005

                          //S//Michael Tumposky
                          Stephen B. Hrones (BBO No. 242860)
                          Jessica D. Hedges (BBO No. 645847)
                          Michael L. Tumposky (BBO No. 660618)
                          HRONES, GARRITY & HEDGES
                          Lewis Wharf–Bay 232
                          Boston, MA 02110-3927
                          T) 617/227-4019

## CERTIFICATE OF SERVICE

I, Michael Tumposky, hereby certify that, on this 22nd day of September, 2005, I served one true and correct copy of the foregoing, where unable to do so electronically, by United States First-Class Mail, postage prepaid, to all counsel of record in this matter.

                          //S//Michael Tumposky
                          Michael Tumposky