UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOEY JOSEPH )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>Officer P. IAPICCA, Officer LENTINI, )<br>Officer RUSSELL, Officer VOEGELIN, )<br>and the TOWN OF READING, )<br>    Defendants. )<br> ) | C.A. NO. 04-11421-JLT |

**AFFIDAVIT OF COUNSEL**

I, Michael Tumposky, do hereby swear to the following:

1. I am an attorney, duly licensed in the State of Massachusetts.

2. I am counsel of record in the above-captioned proceeding.

3. I have listened to the taped conversation between Defendant Russell and Sergeant Dave Stamatis.

4. The conversation, to the best of my abilities, went as follows:

   **Dispatcher**: Reading police and fire dispatcher.
   **Bruce Russell**: Hey Rod, Bruce, Stamatis in yet.
   **Dispatcher**: Yeah, hold on please.
   **Sergeant Stamatis**: Sergeant Stamatis.
   **Russell**: Yeah Dave.
   **Stamatis**: Bruce, what do we have this guy under arrest for?
   **Russell**: Aaah…. Well worst case you could go with disorderly, but how about refusing to…
   **Stamatis**: You can't do that, because it's not a motor vehicle, a train is not a motor vehicle. He doesn't even need a license to drive the train.
   **Russell**: Ok, let's go with disorderly.
   **Stamatis**: You're just going with disorderly?
   **Russell**: Um, yeah public place, people are in fear, the guys really a shithead.
   **Stamatis**: There is a lot emotions running here, the only thing that I want to keep a clear head about is that we make sure that we are making the right decision, you know? Cuz' I don't want to be in the middle of a lawsuit, you know what I'm saying?
   **Russell**: I would say…Did he give you a license or anything?

1

**Stamatis**: He hasn't given us anything yet, I haven't even got him in the station. My suggestion is that we kick him loose. That's my suggestion, that's my feeling. But I don't think this guy should be held. I mean for the reason to bring him, and it's on a recorded line, the reason that you've brought him in here, according to Pat, was that it was a failure to submit and that's under 90-25, failure to submit is a motor vehicle violation, a train is not a motor vehicle.
**Russell**: Alright, I would go with disorderly, you gotta go with disorderly. People were terrified on that train.
**Stamatis**: Ok.
**Russell**: You gotta go with disorderly.
**Stamatis**: Ok.
**Russell**: Alright, I'll be in a little while.
**Stamatis**: Yep.
**Russell**: Alright, thanks.
**Stamatis**: Yep.

Signed under the pains and penalties of perjury on this the 22nd day of September, 2005.

//S// Michael Tumposky
Michael Tumposky (BBO No. 660618)
HRONES, GARRITY & HEDGES
Lewis Wharf–Bay 232
Boston, MA 02110-3927
T) 617/227-4019

**CERTIFICATE OF SERVICE**

I, Michael Tumposky, hereby certify that, on this 22nd day of September, 2005, I served one true and correct copy of the foregoing, where unable to do so electronically, by United States First-Class Mail, postage prepaid, to all counsel of record in this matter.

//S//Michael Tumposky
Michael Tumposky