25

1   A. You are on call wherever they need
2 you.
3   Q. Is that still true?
4   A. It still is.
5   Q. How long would you work on a -- if
6 they call you, how long do you typically work
7 on a particular line?
8   A. They call you on a daily basis.
9   Q. To this day, you can be on any
10 particular train every day and be changing
11 trains?
12   A. That's correct, if you are on the
13 spare board.
14   Q. Prior to February 10th, 2004, had you
15 ever been an engineer on a train that was
16 involved in an accident?
17   A. Yes.
18   Q. When was the first time?
19   A. I was a student.
20   Q. What does that mean?
21   A. I was learning. I just started
22 running trains with an instructor.
23   Q. What line were you on?
24   A. I was on the same line the accident

26

1 happened prior to --
2   Q. Is that the Haverhill line?
3   A. Haverhill, yeah.
4   Q. What kind of accident was it?
5   A. North Andover.
6   Q. What kind of accident?
7   A. It is a suicide.
8   Q. How do you know it was a suicide?
9   A. Well, because I saw her. She
10 stopped. I saw her. As soon as the train got
11 close, she just threw herself underneath of the
12 train. I didn't even see her. It was a shadow
13 of her that I saw because the train is high.
14       Can I take a break here, because those
15 things really just...
16       (Brief break.)
17       BY MR. KESTEN:
18   Q. When did that incident happen?
19   A. Which one?
20   Q. The one where the woman committed
21 suicide.
22   A. I was fairly new. It was my first
23 month.
24   Q. Were you driving the train?

27

1   A. Yes.
2   Q. There was another engineer with you?
3   A. Yes.
4   Q. The person who was training you?
5   A. Yes.
6   Q. Do you remember his name?
7   A. Pat Comeau.
8   Q. Can you spell the last name?
9   A. Patrick Comeau, C-O-M-E-A-U.
10   Q. It happened in North Andover?
11   A. Yes.
12   Q. Were you inbound or outbound?
13   A. Outbound.
14   Q. You guys were in the engine?
15   A. That's correct.
16   Q. At that time, prior to that accident,
17 had you received any training or instruction as
18 to what you are supposed to do if there is an
19 accident?
20   A. Not really, no.
21   Q. Do you remember, did you or Mr. Comeau
22 respond?
23   A. Well, we called the -- we basically
24 called the broadcast, the emergency broadcast,

1 and we didn't move. We are not supposed to
2 leave the equipment.
3   Q. You called --
4   A. Dispatcher, and then they called
5 medical personnel.
6   Q. Did anyone tell you that -- Is there a
7 written policy as to what you are supposed to
8 do in case of an accident?
9   A. I have not really seen the policy, but
10 we do have -- it is like some sort of verbal
11 thing of what you do.
12   Q. Who told you what to do?
13   A. I don't remember. There is so many
14 different training, I don't know.
15   Q. You had never seen a written
16 procedure?
17   A. No.
18   Q. Based on what you were told, what do
19 you believe you are supposed to do if a train
20 you are driving hit someone?
21   A. Make an emergency broadcast.
22   Q. On the radio?
23   A. That's correct.
24   Q. To the dispatcher?