42

| | | |
|---|---|---|
| 1 | | as five minutes for you to get to an accident |
| 2 | | site? |
| 3 | A. | Correct. |
| 4 | Q. | What would you say is the normal time either |
| 5 | | you or another responder from the M.B.C.R., |
| 6 | | how long would it normally take them for |
| 7 | | someone to first arrive at an accident site? |
| 8 | A. | I couldn't even answer that. |
| 9 | Q. | But five minutes, it would be often five |
| 10 | | minutes, would you say? |
| 11 | A. | Well, I was the field train master at the |
| 12 | | time, and I could be anywhere between |
| 13 | | Fitchburg, Rockport, Haverhill, Lowell, |
| 14 | | Boston. |
| 15 | Q. | Are there other people who -- |
| 16 | A. | Newburyport. |
| 17 | Q. | -- who would arrive on the scene before you |
| 18 | | in circumstances like that from M.B.C.R.? |
| 19 | A. | Yes.  There are a few other train masters, |
| 20 | | and depending on who would be closer to |
| 21 | | respond. |
| 22 | Q. | But in this instance you were the closest? |
| 23 | A. | Yes. |
| 24 | Q. | Would you say that, in past instances, people |

43

| | | |
|---|---|---|
| 1 | | have arrived within a few minutes from |
| 2 | | M.B.C.R.? |
| 3 | A. | Yes. |
| 4 | Q. | Now, going forward a little bit, when you |
| 5 | | arranged for, or how was it arranged that |
| 6 | | Mr. Joseph was released, the police |
| 7 | | department just agreed to release him? |
| 8 | A. | I'm going to say yes to that. It had nothing |
| 9 | | to do with me. |
| 10 | Q. | But you didn't post bail or anything like |
| 11 | | that? |
| 12 | A. | No. |
| 13 | Q. | He was just let out the door? |
| 14 | A. | I don't even know if he was arrested, to be |
| 15 | | honest with you. |
| 16 | Q. | And you didn't hear about any formal charges |
| 17 | | being brought or anything like that? |
| 18 | A. | No. |
| 19 | Q. | And then when you were investigating this |
| 20 | | incident, you mentioned that you spoke to |
| 21 | | Mr. Joseph about it; is that right? |
| 22 | A. | Briefly, at the police station. |
| 23 | Q. | But you also mentioned later on the next day |
| 24 | | that you asked him to give a formal, not you, |