```
 1            I said, "Yes, but I have a deadhead
 2       engineer on here.  He'll take it."
 3  Q.   Who is the deadhead engineer?
 4  A.   It was Rocky Laterno.
 5  Q.   So you proceeded to go into Boston?
 6  A.   Yes.
 7  Q.   Did you talk to any of the passengers on the
 8       train about the incident on the ride into
 9       Boston?
10  A.   I doubt it.  I mean, let me say, I don't
11       know.  Let me make that my answer.  I don't
12       recall.
13  Q.   Did you take any statements from any of the
14       passengers?
15  A.   No.
16  Q.   Are you, as the conductor, involved at all i
17       the investigation into an accident on your
18       train other than filling out the incident
19       report?
20  A.   Want to try that again?
21  Q.   Are you, as the conductor, involved in any
22       way in the investigation into an accident
23       that occurs on your train other than filling
24       out an incident report?
```

```
 1              I said, "Yes, but I have a deadhead
 2         engineer on here.  He'll take it."
 3    Q.   Who is the deadhead engineer?
 4    A.   It was Rocky Laterno.
 5    Q.   So you proceeded to go into Boston?
 6    A.   Yes.
 7    Q.   Did you talk to any of the passengers on the
 8         train about the incident on the ride into
 9         Boston?
10    A.   I doubt it.  I mean, let me say, I don't
11         know.  Let me make that my answer.  I don't
12         recall.
13    Q.   Did you take any statements from any of the
14         passengers?
15    A.   No.
16    Q.   Are you, as the conductor, involved at all i
17         the investigation into an accident on your
18         train other than filling out the incident
19         report?
20    A.   Want to try that again?
21    Q.   Are you, as the conductor, involved in any
22         way in the investigation into an accident
23         that occurs on your train other than filling
24         out an incident report?
```

```
 1            I said, "Yes, but I have a deadhead
 2       engineer on here.  He'll take it."
 3  Q.   Who is the deadhead engineer?
 4  A.   It was Rocky Laterno.
 5  Q.   So you proceeded to go into Boston?
 6  A.   Yes.
 7  Q.   Did you talk to any of the passengers on the
 8       train about the incident on the ride into
 9       Boston?
10  A.   I doubt it.  I mean, let me say, I don't
11       know.  Let me make that my answer.  I don't
12       recall.
13  Q.   Did you take any statements from any of the
14       passengers?
15  A.   No.
16  Q.   Are you, as the conductor, involved at all i
17       the investigation into an accident on your
18       train other than filling out the incident
19       report?
20  A.   Want to try that again?
21  Q.   Are you, as the conductor, involved in any
22       way in the investigation into an accident
23       that occurs on your train other than filling
24       out an incident report?
```