PASQUALE M. IAPICCA
May 23, 2005

Page 3

1  him for identification?
2      A.   At some point he indicated to me that
3  he was not going to be giving me anything until his
4  supervisor arrived on-scene.
5      Q.   Do this for me: Starting with the
6  time that you approached the driver, describe the
7  conversation that ensued, to the best of your
8  ability.
9      A.   I asked the person in the cab if he
10 was the operator of the train; he indicated he was.
11 I asked him several times for some identification;
12 and at some point, he indicated to me that he was
13 not going to give me any information until the
14 supervisor from the train showed up. I indicated
15 to him that he was refusing to submit to a police
16 officer and may be subject to arrest.
17     Q.   Because he was refusing to submit to
18 a police officer?
19     A.   That's correct.
20     Q.   So you stated to him, You're refusing
21 to submit to a police officer; therefore, you may
22 be subject to arrest?
23     A.   That's correct.
24     Q.   Okay. Can you describe his demeanor

PASQUALE M. IAPICCA
May 23, 2005

Page 34

1  Frederick.
2      A.    I don't know if he was upset about
3  it. He just wasn't getting any information so we
4  can have -- so we can do -- get our initial names
5  for the report.
6      Q.    But was he frustrated?
7      A.    Probably.
8      Q.    Now, there was no question, in your
9  mind, that this was the driver of the train?
10     A.    We had no idea if that was the
11 driver.
12     Q.    Well, did you think it could have
13 been a passenger?
14     A.    I didn't know who that individual
15 was.
16     Q.    But were you suspicious that he
17 wasn't the driver?
18     A.    Yes, ma'am.
19     Q.    And did you have any other concerns
20 about him?
21     A.    Absolutely.
22     Q.    And what were your other concerns?
23     A.    There was an individual in the
24 control cab of a train that's still running,

PASQUALE M. IAPICCA
May 23, 2005

Page 38

1  train, and your conversations with that person in
2  the front of the train were with Sergeant Russell,
3  correct?
4      A.    When Sergeant Russell came to the
5  scene, I briefed him on what we had; he came to the
6  front of the train and also spoke to Mr. Joseph.
7      Q.    And can you describe the conversation
8  between Sergeant Russell and Mr. Joseph?
9      A.    Basically the same type of thing.  He
10 tried to get some information.  Joseph -- Mr.
11 Joseph appeared to be more -- acting weird about
12 different things to the point where he was told if
13 he was -- he could be subject to arrest -- and he
14 says, If you want me, come and get me.  So Sergeant
15 Russell said, Take him.
16     Q.    What do you mean, he was "acting
17 weird"?
18     A.    Just his whole, general demeanor.  It
19 was a very simple question:  Do you have some
20 identification; we don't know who you are.  There
21 was no ID badge, there's no uniform, there's a
22 train that's running, people under the train,
23 people getting on and off the train.  There were
24 hundreds of people, literally, on the platform.

PASQUALE M. IAPICCA
May 23, 2005

Page 0

1   Q.   When you say you were asking for
2   identifying information, what exactly were you
3   asking for?
4   A.   Well, basic picture identification
5   with something from the train, or a license, or
6   something to have a picture with a signature on it
7   that identifies who you are.
8   Q.   Did you ask him for his Social
9   Security Number?
10   A.   I don't believe so.
11   Q.   Did any other officers ask him for
12   his Social Security Number?
13   A.   It's possible.
14   Q.   Do you have a recollection of that?
15   A.   If they did, they didn't do it in
16   front of me, that I could recall, no.
17   Q.   Okay.  So it was Sergeant Russell
18   that told you to put him under arrest?
19   A.   What Sergeant Russell said was --
20   during that conversation of if you want me, you
21   have to come and get me -- Sergeant Russell simply
22   said to take him.
23   Q.   And what did you understand that to
24   mean?

PASQUALE M. IAPICCA
May 23, 2005

Page 41

1  A. That he was going to be placed under
2  arrest.
3  Q. And what were you placing him under
4  arrest for?
5  A. I thought it was failure to submit to
6  a police officer.
7  Q. So that's why you were placing him
8  under arrest?
9  A. I placed him under arrest because my
10 superior officer told me to effect the arrest.
11 Q. And what does that mean, "failure to
12 submit to a police officer"?
13 A. Basically you need to cooperate with
14 a police officer when you're giving somebody some
15 information, identification. That was my
16 understanding.
17 Q. So it's your understanding that the
18 failure to give information to a police officer is
19 a criminal offense?
20 A. It's an arrestable offense under
21 9025.
22 Q. Have you ever placed anyone under
23 arrest for that before?
24 A. I'm sure I have.

PASQUALE M. IAPICCA
May 23, 2005

Page 45

1   A.   Yes, ma'am.
2   Q.   And did he comply?
3   A.   Yes, ma'am.
4   Q.   Were there any issues with his
5   compliance at that point?
6   A.   Not at that point.
7   Q.   And did you tell him he was under
8   arrest?
9   A.   Yes, ma'am.
10  Q.   What did you tell him he was under
11  arrest for?
12  A.   Failure to submit to a police
13  officer.
14  Q.   And were you the person who actually
15  cuffed him?
16  A.   Yes, ma'am.
17  Q.   Did you have any assistance from
18  anyone else?
19  A.   I'm sorry?
20  Q.   Did you have any assistance from any
21  other officer as you were cuffing him?
22  A.   Officer Lentini was on one side.
23  Q.   Was the train still running at that
24  time?

PASQUALE M. IAPICCA
May 23, 2005

Page 57

Q. Okay. Was that a time when the chief was normally at the station; in other words, the chief hadn't come, just based upon the fact -- just based upon this incident; he was there working?

A. I don't follow.

Q. Had the chief been called in, due to this incident, from home or somewhere else, or was he just there?

A. No. He was there as his regular schedule.

Q. Okay. And can you describe your conversation with Sergeant Stamatis?

A. I informed Sergeant Stamatis what we had; he told me that it was -- that it was a bad arrest, that we had no justification because it's not a motor vehicle, and he indicated that he wanted to -- that he was going to release Mr. Joseph.

Q. And did you try to justify the arrest?

A. And what I informed him was that I didn't want him to do anything until he spoke to Sergeant Russell, because it wasn't my arrest. It was Sergeant Russell's indication.

PASQUALE M. IAPICCA
May 23, 2005

Page 61

1 hesitation about charging him with disorderly
2 conduct?
3     A.    Yes.
4     Q.    And what did he say?
5     A.    He didn't believe that that was a
6 proper charge.
7     Q.    What did he say, if you can remember?
8     A.    He disagreed with the charge.
9     Q.    And why did he say he disagreed with
10 the charge?
11     A.    He didn't believe that was a proper
12 charge.
13     Q.    Did he say why he didn't believe it
14 was a proper charge?
15     A.    He didn't feel we had the elements
16 for it.
17     Q.    And what did Sergeant Russell say in
18 response?
19     A.    That the arrest did meet the elements
20 of disorderly.
21     Q.    And did the chief have any input into
22 that conversation regarding the charge?
23     A.    He was listening to the exchange,
24 Sergeant Stamatis reading out of the law books the

PASQUALE M. IAPICCA
May 23, 2005

Page 63

1  during this conversation?
2       A.    As best I can recollect, he was in
3  the booking room with Officer Lentini.
4       Q.    And was a decision eventually made
5  with respect to what to charge him with?
6       A.    The decision was made all along, by
7  Sergeant Russell, that it was disorderly.  It
8  wasn't Sergeant Stamatis' call.  It was Sergeant
9  Russell, who was the shift commander at the time
10 and also the supervisor on-scene, that made a
11 decision to have the individual arrested.  And his
12 -- we eventually found out that he was going with
13 disorderly.  And we discussed the possibility of
14 failure to submit.
15      Q.    Okay.  So it's fair enough to say
16 that -- strike that.
17            So what was the chief's input with
18 respect to what he should be charged with?
19      A.    When Sergeant Russell arrived at the
20 station and was briefing the chief, I was present,
21 as well as Sergeant Stamatis, when he gave him all
22 the facts and told him what the charge was, and the
23 chief agreed that that was the proper charge.
24      Q.    And what happened after that