**BRUCE F. RUSSELL**
May 23, 2005

Page 14

1   operator was at the front of that front car.  I
2   says, Well, let me go talk to him.  We went over to
3   the front of the car, I yelled up to -- I found out
4   later on it was Mr. Joseph -- I yelled up to this
5   person who was at the window at the front of the
6   train with the train running, a lot of people in
7   the area, so we had a -- we had to yell, the --
8   from the platform up to the window.
9           I asked him for any information; he
10  said he would not give me any information.  I asked
11  him to step out of the cab; he would not come out
12  of the cab.  I informed him at that time that if he
13  didn't provide the information, he would be -- he
14  could be arrested for disorderly.  He mentioned to
15  me if you're going to -- if you want me, you're
16  going to have to come up and get me.
17          At that point, with the train still
18  running, the large number of people in the train,
19  off the train, on the platform, and a large number
20  of people underneath the train, my decision was to
21  have the officers take the person off the train; in
22  other words, take the person in.
23      Q.    Did you tell them to take the person
24  in?

CATUOGNO COURT REPORTING SERVICES

**BRUCE F. RUSSELL**
**May 23, 2005**

Page 16

1  he had came to the end of the car, they -- we
2  couldn't get him down the stairway because there
3  were too many personnel, too many fire department
4  personnel at that stairway, and I believe I told
5  them to go back up and come down the next stairway,
6  which is what they did.
7      Q.    Then what happened?
8      A.    The fire department freed the woman.
9  The last I saw of Mr. Joseph, he was being escorted
10 to the cruiser, and commuters were coming in and
11 off the train and trying to find out exactly what
12 was going on and how long a delay it would be, et
13 cetera.  A lot of different things were going on at
14 the same time.
15     Q.    And then what happened?
16     A.    The next thing that I recall is that
17 I was called on the radio to telephone the station.
18 Now, that -- I don't know what the exact time frame
19 from one to the next would be, but I recall the
20 next thing was to call the station.  I called the
21 station on my cell phone, spoke to Sergeant
22 Stamatis, and he relayed concerns about the
23 bringing in of the train operator.
24     Q.    What were his concerns?

BRUCE F. RUSSELL
May 23, 2005

Page 9

1  referred to as.
2      Q.    Did they indicate to you that there
3  was anyone else in the front cab of the train?
4      A.    No.
5      Q.    Had you located the conductor of the
6  train at any time?
7      A.    When I was talking to Mr. Joseph on
8  the platform, there was a person standing there
9  with a train uniform on which -- I don't know if he
10 was the conductor or not. And I really didn't -- I
11 didn't really know who he was. I assumed he worked
12 for the train because he had the uniform on,
13 although the person up in the compartment didn't
14 have the uniform on. So I would assume, if he was
15 the conductor -- he was probably the conductor. I
16 don't know.
17     Q.    So you didn't talk to him?
18     A.    I think I asked him something as I
19 was talking to Mr. Joseph. I said, Is he all
20 right. And the person with the train uniform on
21 said, I don't know.
22     Q.    Was this while Mr. Joseph was still
23 in the cab?
24     A.    Yes.

CATUOGNO COURT REPORTING SERVICES

**BRUCE F. RUSSELL**
May 23, 2005

Page 7

1     A.    No.

2     Q.    Would you describe the scene as
3 chaotic?

4     A.    Yes.

5     MR. KESTEN:  Good word.

6     THE WITNESS:  Very much.

7     Q.    (By Ms. Hedges)  Would you describe
8 the scene as emotions were running high?

9     A.    Yes.

10    Q.    Were your fellow police officers
11 getting frustrated with Mr. Joseph?

12    A.    I wouldn't say frustrated.  I
13 wouldn't use the word frustrated.  I think that
14 they were -- Officer Frederick, who initiated the
15 report, I think was more aggravated; he was more
16 annoyed that he -- that he couldn't get basic
17 information which would have completed his part of
18 that mission.  That's all he was looking -- had to
19 do to complete his part of it.  The basic call was
20 an accident.

21    Q.    Well, did any of the officers say to
22 you, This guy's a real jerk?

23    A.    No.

24    Q.    Did they refer to him in any other

BRUCE F. RUSSELL
May 23, 2005

Page

1   should have been arrested for failure to submit?
2       A.    I wouldn't say argue.  It was talked
3   about.  It was discussed.
4       Q.    Okay.  Well, you defended the arrest?
5       A.    Yes.
6       Q.    And at some point, did Sergeant
7   Stamatis get out a law book --
8       A.    Yes.
9       Q.    -- a legal book?
10      A.    Yes.
11      Q.    And he did that in response to what?
12      A.    The disorderly charge.
13      Q.    Because he questioned whether or not
14  you had a basis for a disorderly charge?
15      A.    I don't know if that's why.  I would
16  say that's -- I don't know.  I think he -- it was
17  mentioned in the hallway, and he went into the room
18  and opened up the law book.
19      Q.    Was he looking at the elements of the
20  disorderly charge?
21      A.    Yes.
22      Q.    Did he read them out loud to you?
23      A.    He read them.
24      Q.    And did he suggest that the guy