```
RPD   PD.RNARS              READING POLICE DEPARTMENT        02/11/04 10:43   AGE 1
      v5.5a                 SUPPLEMENTAL NARRATIVE REPORT                    T  CD03-007
         case#:  368258    off: SGT. BRUCE RUSSELL
      action cd: INVESTIGATION              106        02/10/04 08:   00
         address:    32 LINCOLN       and TRAIN DEPOT

      narrative
```

THE FOLLOWING IS A SUMMARY OF EVENTS WHICH HAPPENED AT THE TRAIN DEPOT ON THE ABOVE DATE AND TIME. I RESPONDED TO T SCENE AS THE PATROL SERGEANT IN CHARGE. WHEN I ARRIVED AT THE REAR OF THE DEPOT I SAW THE FIRE DEPARTMENT TENDING TO A WOMAN LYING UNDER THE TRAIN. THEY WERE CALLING DISPATCH TO CHECK ON MEDFLIGHT FOR TRANSPORT. I WAS CALLED TO THE FRONT OF THE TRAIN BY OFFICERS IAPICCA AND FREDERICK, THEY EXPLAINED THAT THEY WERE HAVING A PROBLEM WITH THE ENGINEER WHO WAS OPERATING THE TRAIN. HE REFUSED TO GIVE ANY INFORMATION AND WAS NOT COOPERATING IN ANY WAY WITH THE ACCIDENT.

I NOTICED THERE WAS A LARGE NUMBER OF PEOPLE ON THE PLATFORM AND IN THE TRAIN. MANY OF THE COMMUTERS WERE CONFUSED AND UPSET AT THE ACCIDENT AND THE DELAY WHICH IT WAS CAUSING. I APPROACHED THE ENGINEER WHO WAS UP IN THE TRAIN STILL AT THE CONTROLS. HE WAS DRESSED IN CIVILIAN CLOTHING AND DID NOT HAVE ANY I.D. OR TRAIN CLOTHING ON WHICH WOULD IDENTIFY HIM AS A TRAIN EMPLOYEE. ( HE WAS LATER IDENTIFIED AS JOEY JOSEPH) I EXPLAINED THAT WE WERE CONDUCTING A POLICE INVESTIGATION AND WE NEEDED HIS INFORMATION. AT THIS TIME HE REFUSED TO GIVE ME ANY INFORMATION AT ALL. I TOLD HIM THAT WITH THE LARGE NUMBER OF PASSENGERS ON THE TRAIN WHO APPEARED TO BE VERY FRIGHTENED AND THE FIRE DEPARTMENT PERSONNEL STILL WORKING UNDER THE TRAIN TO FREE THE INJURED WOMAN, HE WOULD BE ARRESTED AS A DISORDERLY PERSON. IN MY OPINION HE WAS CREATING A VERY DANGEROUS SITUATION TO A LARGE NUMBER OF PEOPLE ESPECIALLY IF HE DECIDED TO MOVE THE TRAIN. I TOLD HIM AGAIN WE WOULD ARREST HIM IF HE DIDN'T IDENTIFY HIMSELF. HE TOLD ME WE WOULD HAVE TO " COME AND GET HIM!" I FEARED HIS STATE OF MIND WAS NOT RATIONAL, AND HE MIGHT HAVE BEEN ON DRUGS OR ALCOHOL.

AS WE ENTERED THE TRAIN I NOTICED IT WAS FULL AND MOST OF THE PASSENGERS APPEARED TO BE FRIGHTENED AS TO WHAT WAS HAPPENING. MANY OF THEM WERE ON CELLPHONES. WE PLACED JOEY JOSEPH UNDER ARREST AND PUT HANDCUFFS ON HIM. HE STATED THEY WERE A LITTLE TIGHT. WE TRIED TO ESCORT HIM OUT OF THE TRAIN BUT HAD TO GOBACK TO ANOTHER CAR BECAUSE THE FIRE DEPARTMENT WAS STILL TRYING TO EXTRICATE THE WOMAN FROM UNDERNEATH THE TRAIN.
PRESENT AT THIS ARREST WERE MYSELF, OFF. IAPICCA, OFF. FREDERICK OFF. LENTINI, AND OFF. VOEGELIN.

LATER AT THE POLICE STATION WE WERE MET BY NUMEROUS MBTA DETECTIVES AND SUPERVISORS. THERE NAMES ARE LISTED IN THE FOLDER. AFTER THE SUSPECT SPOKE WITH HIS SUPERVISORS HE AGREED TO COOPERATE WITH OUR INVESTIGATION AND PROVIDE HIS INFORMATION. THERE WAS AN AGREEMENT MADE BETWEEN ALL PARTIES INVOLVED THAT AFTER FURTHER INVESTIGATIONS IF THERE WAS A NEED FOR CHARGES WE WOULD SUMMONS MR JOSEPH.

*Sgt Russell 2/10/0*

```
RPD   PD.RNARS              READING POLICE DEPARTMENT          02/10/04 14:12   PAGE 1
      v5.5a                 SUPPLEMENTAL NARRATIVE REPORT                   T   BCD03-007

        case#:  368258      off: SGT. BRUCE RUSSELL
   action cd:  INVESTIGATION                     106           02/10/04 08:  :00
      address:     32 LINCOLN        and TRAIN DEPOT

        narrative
   ------------------------------------------------------------------------------
           THE FOLLOWING IS A SUMMARY OF EVENTS WHICH HAPPENED
   AT THE TRAIN DEPOT ON THE ABOVE DATE AND TIME. I RESPONDED TO
   SCENE AS THE PATROL SERGEANT IN CHARGE. WHEN I ARRIVED AT THE
   REAR OF THE DEPOT I SAW THE FIRE DEPARTMENT TENDING TO A WOMAN
   LYING UNDER THE TRAIN. THEY WERE CALLING DISPATCH TO CHECK
   ON MEDFLIGHT FOR TRANSPORT. I WAS CALLED TO THE FRONT OF THE
   TRAIN BY OFFICERS IAPICCA AND FREDERICK, THEY EXPLAINED
   THAT THEY WERE HAVING A PROBLEM WITH THE ENGINEER WHO
   WAS OPERATING THE TRAIN. HE REFUSED TO GIVE ANY INFORMATION
   AND WAS NOT COOPERATING IN ANY WAY WITH THE ACCIDENT.
           I NOTICED THERE WAS A LARGE NUMBER OF PEOPLE ON THE
   PLATFORM AND IN THE TRAIN. MANY OF THE COMMUTERS WERE CONFUSED
   AND UPSET AT THE ACCIDENT AND THE DELAY WHICH IT WAS CAUSING.
   I APPROACHED THE ENGINEER WHO WAS STILL IN THE TRAIN, HE LATER
   WAS IDENTIFIED AS JOEY JOSEPH, I EXPLAINED WHAT WAS GOING ON
   AND THAT WE NEEDED HIS INFORMATION, HE REFUSED TO OFFER
   ANY INFO. I TOLD HIM THAT WITH THE LARGE NUMBER OF PASSENGERS
   ON THE TRAIN WHO APPEARED TO BE VERY FRIGHTENED, AND THE
   WOMAN INJURED UNDER THE TRAIN, IF WE DIDN'T GET HIS I.D.
   INFORMATION HE WOULD BE ARRESTED AS A DISORDERLY PERSON
   WHO WAS CREATING A VERY DANGEROUS SITUATION. HE STATED WE WOULD
   HAVE TO COME AND GET HIM. OFF. IAPICCA, LENTINI, FREDERICK, AND
   MYSELF ENTERED THE TRAIN AND TOOK HIM OFF.
           LATER AT THE POLICE STATION WE WERE MET BY THE MBTA
   DETECTIVES AND SUPERVISORS NAMED IN THE REPORTS. AFTER
   CONSULTATIONS WITH THESE DETECTIVES THE SUSPECT AGREED TO
   COOPERATE WITH US. THERE WAS AN AGREEMENT MADE THAT AFTER FURTH
   INVESTIGATIONS, IF NEED BE THE READING POLICE DEPT. WOULD
   SUMMONS HIM FOR THE VIOLATION.

                                      SGT. BRUCE RUSSELL
```