```
                        POLICE OFFICER'S FORMAL REPORT         03/30/04 (  01
                          READING POLICE DEPARTMENT                      E:  1
Case#:  368258          ******** PRELIM  DO NOT GIVE OUT ********       TTY( )01-003

rpt date: 02/10/04 11:03              reported: TUESDAY      02/10/04 (  08
      ucr: 106 INVESTIGATION
      ibr: 1:041  2:101  3:109
 location: 32 LINCOLN ST  and  TRAIN DEPOT
  follow up by: Reporting Officer       case status:  CLEARED NORMAL
       officer:                          rpt status:  Preliminary
                                      review officer:  7 SGT. RUSSEL
comp/vict notify: No                  sup review officer:
cir/involve type:
------------------------------------------------------------------------------
complaint: PEDESTRIAN STRUCK BY TRAIN
------------------------------------------------------------------------------
reporting officer: 31 OFF. IAPICCA      assignment: B       car: 3
   second officer: 21 OFF. FREDERICK    sup/back-up:  7 SGT. RUSSE
------------------------------------------------------------------------------

                              *** NAMES ***
   type      mast#  name/add                       phone       dob        s#
========== ======= ============================== ========== ======== =======
DEFENDANT  059532  JOSEPH,JOEY G
                   99 HOLYOKE ST   LYNN MA 01905-1460

           obtn: TREA036825801
WITNESS    002476  HICKS,KENNETH D
                   11 DAVIS ST   WOBURN MA

WITNESS    068467  YANG,JACK
                   25 CHERRY LANE DR   READING MA 01867

WITNESS    073980  OSHEA,STEPHEN M
                   257 WEST ST   READING MA 01867

WITNESS    077130  KEOGAN,PATRICK                              03/17/72
                   0 STATE ST  WILMINGTON MA 01880

AMBULANCE  077127  MCHALE,JEAN M                               06/09/54
                   19 JUNIOR AV   METHUEN MA 01844-4013

------------------------------------------------------------------------------

                            *** PROPERTY ***
     prop.type        make         mod/style   color    ser#/vin#
  ============== ================ =========== ====== ================
INVOLVED 1  I  rpt'd: 02/10/04  class: 77  qty:     1.00
     OTHER            COMMUTER       TRAIN       GRAY
     id/desc: TRAIN                           value:      $0  ncic:
                                    059532 - JOEY JOSEPH
     control #:                bin #:              analy #:
     gen note: ENGINEER OF THE COMMUTER RAIL TRAIN
  ----------
------------------------------------------------------------------------------
```

```
                    POLICE OFFICER'S FORMAL REPORT        03/30/04   :01
                         READING POLICE DEPARTMENT                 GE:   2
Case#:  368258       ******* PRELIM  DO NOT GIVE OUT *******      TTY  001-003
```

*** NARRATIVE ***

THE FOLLOWING IS A SUMMARY OF THE EVENTS LEADING TO THIS REPORT. ON THE ABOVE DATE AND TIME, A MEDICAL CALL WAS DISPATCHED FOR A PERSON STRUCK BY THE TRAIN; AT THE DEPOT. OFFICER FREDERICK WAS LOCATED O] THE HIGH STREET SIDE OF THE DEPOT AND REPORTED THAT HE WAS UNAWARE OF ANY ACCIDENT. AS I WAS RESPONDING, DISPATCH STATED THAT THE PERS( WAS AT WOBURN AND HIGH STREETS; WHEN I ARRIVED AT THAT LOCATION THE UPDATE CHANGED TO STATE THE PERSON WAS ON THE LINCOLN STREET SIDE O] THE DEPOT.

I PARKED THE CRUISER ON THE NORTH SIDE OF THE DEPOT, WHILE THE FIRE DEPARTMENT CAME FROM THE SOUTH. THE TRAIN DEPOT WAS OVERFLOWING WITH PASSENGERS. PEOPLE AWAITING TO GET ON THE TRAIN AS WELL AS PASSENGER THAT WERE ON THE TRAIN GOT OFF. THE FIRE DEPARTMENT EMERGENCY MEDIC/ STAFF ATTENDED TO THE VICTIM. PEOPLE WERE EVERYWHERE AND THIS MADE ] DIFFICULT TO MANAGE THE SCENE. AT THIS POINT, WE BEGAN INSTRUCTING ALL OF THE PEOPLE IN THE IMMEDIATE AREA TO BOARD THE TRAIN. AT THE SAME TIME, OFFICER FREDERICK WENT TO THE FRONT OF TRAIN TO GATHER TH OPERATORS INFORMATION.

THE FIRE DEPARTMENT WAS ATTENDING TO THE WOMAN AND ATTEMPTING TO AIR LIFT HER FROM THE SCENE. BASED UPON THE TIME FACTOR, THE DECISION WAS MADE TO TRANSPORT HER BY AMBULANCE; WITH ALS ATTENDING TO HER CONDITION. THE VICTIM WAS COMPLAINING OF DIFFICULTY BREATHING AND HAVING SEVERE PAIN ON HER RIGHT SIDE.

OFFICER FREDERICK MOTIONED TO ME THAT HE WAS HAVING A PROBLEM WITH THE ENGINEER NOT BEING COOPERATIVE. I MADE MY WAY TO THE FRONT OF TH TRAIN AND ASKED THE PERSON AT THE DOOR IF HE WAS THE OPERATOR OF THE TRAIN; HE STATED YES HE WAS. I THEN ASKED HIM FOR SOME IDENTIFICATION AND HE REFUSED TO PRODUCE ANYTHING. I ASKED HIM WHAT HIS NAME WAS, HE STATED THAT HE WAS NOT GOING TO GIVE US ANY INFORMATION. I AGAIN INQUIRED TO WHO HE WAS, AS WE WERE CONDUCTING AN INVESTIGATION REGARDING THE ACCIDENT. THE ENGINEER STATED THAT HE WAS WAITING FOR HIS SUPERVISOR TO ARRIVE. I AGAIN ASKED THE ENGINEER FOR IDENTIFICATION AND HE REFUSED. I INFORMED THE ENGINEER THAT HE WAS REFUSING TO SUBMIT TO A POLICE OFFICER AND THAT HIS ACTIONS MAY BE GROUNDS FOR ARREST; WITH THAT HE AGAIN REFUSED TO COOPERATE.

AT THIS TIME SGT. RUSSELL, THE SHIFT SUPERVISOR ARRIVED ON SCENE AND WAS BRIEFED ABOUT THE SITUATION. SGT. RUSSELL ASKED THE ENGINEER FOR SOME IDENTIFICATION, AND AGAIN HE REFUSED. SGT. RUSSELL ASKED FOR THI ENGINEER TO COME OUT OF THE CAB SO WE CAN SPEAK TO HIM ABOUT THE INCIDENT; THE SUBJECT STATED THAT HE WAS GOING NO WHERE. ANOTHER WARNING WAS GIVEN TO EXIT THE TRAIN AND GIVE US SOME INFORMATION, AT THIS POINT THE ENGINEER STATED THAT HE WASN'T GOING ANYWHERE AND THAT IF WE WANTED HIM, TO COME AND GET ME. AT THIS POINT SGT. RUSSELL STATED TO TAKE HIM IN.

OFFICERS LENTINI, VOEGELIN, FREDERICK, AND I BOARDED THE TRAIN AND MADE OUR WAY TO THE ENGINEERS COMPARTMENT. IMMEDIATELY BEFORE THIS, I MET WITH READING FIRE CHIEF BURNS AND BRIEFED HIM OF THE SITUATION. ONCE WE MADE OUR WAY TO THE FORWARD COMPARTMENT, WE ASKED THE SUBJECT TO TURN AROUND. THE SUBJECT TURNED AROUND AND PLACED HIS HANDS BEHIND HIS BACK. I THEN PLACED THE HANDCUFFS ON THE SUBJECT, LEAVING ROOM FOR ONE FINGERS WIDTH AND DOUBLE LOCKING THEM. AS WE STARTED TO LEAVE THE CAB, THE SUBJECT STATED THAT HIS WRISTS WERE BEING TWISTED.

```
                      POLICE OFFICER'S FORMAL REPORT        03/30/04 C  01
                          READING POLICE DEPARTMENT                  P  E:   3
Case#:   368258      ******* PRELIM  DO NOT GIVE OUT *******           TTYG 01-003
```

*** NARRATIVE ***

AT THIS TIME, OFFICER LENTINI HAD THE SUBJECTS UPPER LEFT ARM, AND I SECURED HIS UPPER RIGHT ARM. EVERYONE STOPPED AND DOUBLE CHECKED TO MAKE SURE THAT THE SUBJECT WAS NOT INJURED. THE SUBJECT THEN STARTED TO RESIST WALKING THROUGH THE TRAIN. I RELEASED THE SUBJECT WHILE TH OTHER OFFICERS ESCORTED THE SUBJECT FROM THE TRAIN. I WAS STOPPED BY A PASSENGER IDENTIFIED AS STEPHEN O'SHEA. MR. O'SHEA STATED THAT HE WITNESSED THE ACCIDENT AND THAT THE WOMAN WAS TRYING TO CROSS THE TRACKS BEFORE THE MOVING TRAIN.

OUTSIDE THE TRAIN, WE ESCORTED THE SUBJECT AND PLACED HIM INTO THE REAR OF MY CRUSIER; OFFICER LENTINI RETURNED TO THE STATION WITH ME. AT THE STATION, SGT. STAMATIS INFORMED THE SUBJECT, THAT HE WAS UNDE ARREST FOR BEING A DISORDERLY PERSON. SGT. RUSSELL THEN CONDUCTED NORMAL BOOKING PROCEDURES; WHEREBY OFFICER LENTINI GAVE THE SUBJECT HIS MIRANDA WARNINGS. SUBJECT WAS IDENTIFIED AS JOEY JOSEPH AND HE REFUSED TO ANSWER ANY BOOKING QUESTIONS. MR. JOSEPH DID USE THE TELE PHONE TO MAKE A CALL.

AT SOME POINT MEMBERS FROM AMTRACK, THE MBTA AND OTHER TRAIN OFFICIALS ARRIVED AT OUR STATION. AFTER SEVERAL DISCUSSIONS, IT WAS DETERMINED THAT THE INVESTIGATION WOULD BE ON-GOING AND THAT THE TRAIN OFFICIALS WOULD BE WORKING CLOSELY WITH THE READING POLICE IN CLEARING UP THIS MATTER.

BASED UPON SEVERAL FACTORS, MR. JOEY JOSEPH WAS RELEASED TO THE TRAI OFFICIALS AND OUTSTANDING CHARGES MAY BE PENDING.

NO FURTHER ACTION WAS TAKEN AT THIS TIME.

RESPECTFULLY SUBMITTED,

OFC. P. IAPICCA # 31 02/10/04


THE FOLLOWING IS A SUPPLEMENTAL REPORT TO THIS INCIDENT:
WHEN I ARRIVED AT THE SCENE OF THE ACCIDENT MY FIRST CONCERN WAS TO MAKE SURE THAT THE VICTIM WAS BEING ATTENDED TO. THE FIRE DEPT WAS ON SCENE AND ATTENDING TO THE VICTIM. I THEN WENT TO THE FRONT OF TH TRAIN AND APPROACHED THE INDIVIDUAL WHO WAS SITTING UP FRONT AND ASKED HIM IF HE WAS THE ENGINEER. HE STATED THAT HE WAS. I THEN ASKED HIM IF HE HAD ANY IDENTIFICATION ON HIM SO THAT I COULD GET HIS NAME FOR MY REPORT. HE STATED THAT HE WAS NOT GOING TO GIVE ME THAT INFOR- MATION. I TOOK OUT MY PAD OF PAPER AND ASKED HIM FOR HIS NAME. HE STATED THAT HIS FIRST NAME WAS JOE. I THEN ASKED HIM FOR HIS LAST NAME AND HE AGAIN STATED THAT HE WAS NOT GOING TO GIVE ME ANY OF THA INFORMATION UNTIL HIS SUPERVISORS SHOWED UP AT THE SCENE. I ASKED FOR SOME ASSISTANCE AND THIS IS WHAT LED UP TO THE CIRCUMSTANCES THAT TOOK PLACE AT THE DEPOT. I SPOKE TO MR KENNETH HICKS WHO WITNESSED THE ACCIDENT AND HE STATED THAT THE ENGINEER NEVER BLEW THE HORN UNTIL HE WAS PRACTICALLY UPON THE VICTIM.

RESPECTFULLY SUBMITTED,

```
                    POLICE OFFICER'S FORMAL REPORT        03/30/04    :01
                        READING POLICE DEPARTMENT                  GE:   4
Case#:   368258     ******** PRELIM  DO NOT GIVE OUT ********     TTY( )01-003
```

*** NARRATIVE ***

OFC. L. FREDERICK #21  02/10/04

2-11-2004
SUPPLEMENT BY OFFICER VOEGELIN:
   ON 2-10-2004 I WAS WORKING THE DAY SHIFT IN CRUISER TWO, IN SECTO
TWO. AT ABOUT 8:00 AM I RESPONDED TO A REPORT OF A PERSON BEING
STRUCK BY THE COMMUTER TRAIN AT THE DEPOT.
   I RESPONDED AND OBSERVED A WOMAN DOWN ON THE GROUND NEAR THE FRON
OF THE TRAIN WITH FIRE PERSONNEL ATTENDING TO HER. TWO OF WHICH WERE
PARTIALLY UNDER THE SIDE OF THE TRAIN.
   I WAS LOOKING IN THE WOMANS PURSE FOR ID WHEN I OVERHEARD
OFFICER IAPICCA ASK THE TRAIN ENGINEER SEVERAL TIMES TO COME OFF OF
THE TRAIN SO HE COULD SPEAK WITH HIM.
   SEVERAL MINUTES PASSED WHEN OFFICER IAPICCA ASKED ME TO ASSIST
HIM AND OFFICERS LENTINI, FREDERICK AND SGT. RUSSELL IN ARRESTING
TRAIN ENGINEER/CONDUCTOR.
   I FOLLOWED THESE OFFICERS ONTO THE TRAIN. OFFICER IAPICCA
HANDCUFFED A BLACK MALE WHO WAS WEARING ALL BLUE CLOTHES THAT DID
NOT APPEAR TO BE ANY SORT OF UNIFORM. I DID NOT SEE A BADGE OR ANY
THING WHICH WOULD LEAD ME TO BELIEVE HE WORKED FOR AMTRAK.
   I ATTEMPTED TO SEARCH THE SUSPECT FOR WEAPONS WHEN HE WAS BEING
CUFFED. WHEN I TOUCHED THE SUSPECTS WALLET HE PUT HIS HAND INTO HIS
BACK POCKET AND ONTO HIS WALLET. HE STATED THAT HE DID NOT WANT ME
TO TOUCH HIS WALLET. I PULLED HIS HAND OUT OF HIS POCKET AND THEN
ATTEMPTED TO WALK THE SUSPECT OUT OF THE TRAIN. HE RESISTED AND
YELLED THAT HIS WRISTS HURT. AT NO TIME DID I PUT ANY TYPE OF
PRESSURE ON HIS WRITS OR ARMS. WHEN HE CONTINUED TO YELL I RELEASED
HIS WRIST AND LET OFFICER LENTINI WALK HIM OUT. I NOTICED THAT
EVERYONE IN THE CAR WAS WATCHING AND APPEARED TO BE UPSET AND
CONCERNED ABOUT WHAT THEY WERE WITNESSING.
   MANY PASSENGERS SEEMED FRIGHTENED. SOME ASKED WHAT WAS HAPPENING
AS OTHERS WERE ON CEL PHONES RELAYING INFORMATION ABOUT THE INCIDENT
   I WALKED OFF THE TRAIN WITH THE OTHER OFFICERS AND STAYED TO
INTERVIEW ANY POSSIBLE WITNESSES TO THE INCIDENT.
   OFFICER FREDERICK AND MYSELF SPOKE WITH THREE WITNESSES WHO ALL
STATED THAT THEY WATCHED A SMALL, SHORT WOMAN WALK IN FRONT OF THE
MOVING TRAIN AS IT ENTERED THE DEPOT AREA. THEY STATED THAT SHE JUST
MADE IT BY THE FRONT OF THE TRAIN, BUT WAS STRUCK BY THE RIGHT FRONT
OF THE TRAIN WHICH SPUN HER AROUND AND KNOCKED HER DOWN.
   APPARENTLY AFTER A WOMAN WAS RUN OVER BY THE TRAIN SOME 8-10 YEARS
AGO AMTRAK ONLY ALLOWS PASSENGERS TO BOARD ON THE DEPOT SIDE OF THE
TRAIN. BECAUSE OF THIS CHANGE PEOPLE WHO ENTER FROM THE HAVEN STREET
SIDE OF THE DEPOT MUST CROSS THE TRACKS EITHER IN FRONT OR BEHIND THE
TRAIN IN ORDER TO BOARD. TO ME THIS WAS THE CAUSE OF THE ACCIDENT.
IF ONE DOES NOT GET TO THE DEPOT BEFORE THE TRAIN ENTERS AND STOPS
THEY HAVE TO WALK A GREAT DISTANCE TO GET AROUND THE TRAIN IN ORDER
TO BOARD FROM THAT ONE SIDE.

                    OFFICER CHRISTOPHER J. VOEGELIN

```
                   POLICE OFFICER'S FORMAL REPORT       03/30/04    01.
                   READING POLICE DEPARTMENT                      GE:   5
Case#:  368258     ******** PRELIM  DO NOT GIVE OUT ********       TTY( )01-003
-----------------------------------------------------------------  ------

                              *** NARRATIVE ***


   ===================================================================
   chief [ ]   capt/oic [ ]   cid [ ]   traffic [ ]   fire [ ]   other [ ]
   ===================================================================
   I recommend this case be declared:
     Unfounded( )   Not Cleared( )   Court Action( )   Cleared by Arrest
   Case Declared:
         Active( )       Complete( )       Unfounded( )   Domestic Violence


   _____        _____
   Reporting Off's Sig. Date/Time        OIC Signature         Date/Ti
```