UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOEY JOSEPH,<br>      Plaintiff<br><br>VS.<br><br>OFFICER P. IAPICCA, OFFICER LENTINI,<br>OFFICER RUSSELL, OFFICER VOEGELIN, AND<br>THE TOWN OF READING,<br>      Defendants | CIVIL ACTION<br>NO. 04-11421-JLT |

### DEFENDANTS' ASSENTED-TO MOTION TO ENLARGE TIME TO OPPOSE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Counsel for defendants move, pursuant to Fed. R. Civ. P. Rule 6(b), for a two-week enlargement of time, from October 6, 2005 up to and including **October 21, 2005,** within which to file their opposition to Plaintiff's Motion for Summary Judgment. In support of their motion, defendants state as follows:

1.    Plaintiff served his Motion for Summary Judgment by first-class mail on September 22, 2005. Defendants' opposition is due on October 6, 2005, pursuant to Local Rules of the United States District Court for the District of Massachusetts Rule 7.1(B)(2).

2.    Beginning on October 3, 2005, defense counsel Leonard Kesten is engaged in a trial of *AnnMarie Porto v. Town of Tewksbury, et al, United States District Court, Civil Action No.: 04 - 10003 PBS,* which is estimated to last three weeks.

3.    Co-defense counsel, Judy Levenson[1] will be absent from work for two or three days during the next two weeks because of upcoming Jewish high holidays and because of cardiac surgery involving an immediate family member.

---

[1] A Notice of Appearance of Judy Levenson on behalf of defendants is forthcoming, pending receipt of ECF login and password.

4.  Therefore, defendants request a short enlargement of time, up to and including **October 21, 2005**, within which to file their opposition to Plaintiff's Motion for Summary Judgment.

5.  Plaintiff's Counsel has assented to this motion.

WHEREFORE, for all these reasons, defendants respectfully request that their motion for an enlargement of time be allowed.

> Respectfully submitted,
> Defendants,
> By their attorneys,
>
> /s/ Leonard H. Kesten
> Leonard H. Kesten. BBO No. 542042
> Brody, Hardoon, Perkins & Kesten, LLP
> One Exeter Plaza
> Boston, MA 02116
> (617) 880-7100
>
> Assented To:
> Plaintiff,
> By his attorneys,
>
> /s/ Michael L. Tumposky
> Michael L. Tumposky, Esq., BBO# 660618
> Law Offices of Hrones & Garrity
> Lewis Wharf, Bay 232
> Boston, MA 02110
> (617) 227-4019

Dated: October 3, 2005