UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOEY JOSEPH,<br>   Plaintiff | )<br>)<br>)<br>) | CIVIL ACTION<br>NO. 04-11421-JLT |
| VS. | )<br>) | |
| OFFICER P. IAPICCA, OFFICER LENTINI,<br>OFFICER RUSSELL, OFFICER VOEGELIN, AND<br>THE TOWN OF READING,<br>   Defendants | )<br>)<br>)<br>) | |

### NOTICE OF APPEARANCE OF JUDY A. LEVENSON

Please enter my Notice of Appearance on behalf of the defendants in the above-captioned matter.

              Respectfully submitted,

              /s/ Judy A. Levenson
              Judy A. Levenson, BBO #295570
              Brody, Hardoon, Perkins & Kesten, LLP
              One Exeter Plaza
              Boston, MA 02116
              (617) 880-7100

Dated: October 11, 2005