UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOEY JOSEPH,<br>    Plaintiff<br><br>VS.<br><br>OFFICER P. IAPICCA, OFFICER LENTINI,<br>OFFICER RUSSELL, OFFICER VOEGELIN, AND<br>THE TOWN OF READING,<br>    Defendants | )<br>)  CIVIL ACTION<br>)  NO. 04-11421-JLT<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### DEFENDANTS' ASSENTED-TO MOTION FOR A TWO-DAY ENLARGEMENT OF TIME TO OPPOSE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Counsel for defendants move, pursuant to Fed. R. Civ. P. Rule 6(b), for a two-day enlargement of time, from October 21, 2005 up to and including **October 25, 2005,** within which to file their opposition to Plaintiff's Motion for Summary Judgment. In support of their motion, defendants state as follows:

1.    Defense counsel Leonard Kesten has been engaged in a trial of *AnnMarie Porto v. Town of Tewksbury, et al, United States District Court, Civil Action No.: 04 - 10003 PBS,* since October 3, 2005. The jury is expected to receive the charge and to begin deliberations on October 20, 2005.

2.    Defendants opposition to Plaintiffs Motion for Summary Judgment is due on October 21, 2005. Defendants request a brief two-day enlargement of time, up to and including **October 25, 2005,** within which to file their opposition to Plaintiff's Motion for Summary Judgment to allow attorney Kesten to review and finalize the opposition.

3.    Plaintiff's Counsel has assented to this motion.

WHEREFORE, for all these reasons, defendants respectfully request that their motion for an enlargement of time, up to and including **October 25, 2005,** be allowed.

1

Respectfully submitted,
Defendants,
By their attorneys,


_____/s/ Leonard H. Kesten_____
Leonard H. Kesten. BBO No. 542042
Judy A. Levenson, BBO No. 295572
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Assented To:
Plaintiff,
By his attorneys,


_____/s/ Michael L. Tumposky_____
Michael L. Tumposky, Esq., BBO# 660618
Law Offices of Hrones & Garrity
Lewis Wharf, Bay 232
Boston, MA 02110
(617) 227-4019

Dated: October 19, 2005