UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOEY JOSEPH,<br>    Plaintiff<br><br>VS.<br><br>OFFICER P. IAPICCA, OFFICER LENTINI,<br>OFFICER RUSSELL, OFFICER VOEGELIN, AND<br>THE TOWN OF READING,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    CIVIL ACTION<br>NO. 04-11421-JLT |

### OPPOSITION OF THE DEFENDANTS TO THE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

The Defendants oppose the Plaintiff's motion for summary judgment. As grounds, they state that, viewing the evidence in the light most favorable to the Defendants and drawing all inferences in their favor, as required by law, key material facts are in dispute and preclude summary judgment. The evidence warrants submission of the case to a jury. In further support of their opposition, Defendants submit and incorporate herein Defendants' Memorandum in Opposition to Plainitff's Motion for Summary Judgment; Defendants' Opposition to Plaintiff's Statement of Undisputed Material Facts and Defendants' Statement of Additional Disputed Material Facts, with attached exhibits, and Affidavit of Judy A. Levenson.

WHEREFORE, the Defendants respectfully request that this Court deny the Plaintiff's motion for summary judgment.

## REQUEST FOR A HEARING

The Defendants request a hearing.

>Defendants,
>By their attorneys,
>Brody, Hardoon, Perkins & Kesten, LLP
>
>
>    /s/ Leonard H. Kesten
>Leonard H. Kesten. BBO No. 542042
>Judy A. Levenson, BBO NO. 295570
>One Exeter Plaza
>Boston, MA 02116
>(617) 880-7100

Dated:  October 26, 2005