UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOEY JOSEPH,<br>      Plaintiff | ) <br> ) <br> ) <br> ) | CIVIL ACTION <br> NO. 04-11421-JLT |
| VS. | ) <br> ) <br> ) | |
| OFFICER P. IAPICCA, OFFICER LENTINI,<br>OFFICER RUSSELL, OFFICER VOEGELIN, AND<br>THE TOWN OF READING,<br>      Defendants | ) <br> ) <br> ) <br> ) <br> ) | |

### AFFIDAVIT OF JUDY LEVENSON

I, Judy Levenson, hereby depose and state the following:

1. I am an attorney at Brody, Hardoon, Perkins & Kesten, LLP, and I represent the defendants in this action.

2. Attached as Exhibit 1 to Defendants' Opposition to Plaintiff's Statement of Undisputed Material Facts and Defendants' Statement of Disputed Material Facts in Opposition to Plaintiff's Motion for Summary Judgment ("DOF") are true and accurate copies of excerpts from the deposition testimony of Gerard Demodena.

3. Attached as Exhibit 2 to the DOF are true and accurate copies of excerpts from the deposition testimony of John Santa Maria.

4. Attached as Exhibit 3 to the DOF are true and accurate copies of excerpts from the deposition testimony of John Walsh.

5. Attached as Exhibit 4 to DOF are true and accurate copies of excerpts from the deposition testimony of Officer Pasquale Iapicca.

6. Attached as Exhibit 5 to DOF are true and accurate copies of excerpts from the deposition testimony of Sergeant Bruce Russell.

7. Attached as Exhibit 6 to the DOF is a true and accurate copy of the Affidavit of Counsel of Michael Tumposky concerning the taped conversation between Officer Russell and Officer Stamatis, produced by the Plaintiff's attorney.

SIGNED under the pains and penalties of perjury, this 26th day of October, 2005.

                                                    /s/ Judy A. Levenson
                                        Judy Levenson, BBO #
                                        BRODY, HARDOON, PERKINS &
                                        KESTEN, LLP
                                        One Exeter Plaza
                                        Boston, MA 02116
                                        (617) 880-7100