# EXHIBIT 1

Case 1:04-cv-11421-JLT   Document 27-2   Filed 10/26/2005   Page 2 of 6

Joey Joseph vs. Officer P. Iapicca, Officer Lentini, Officer Russell, Officer Voegelin, and The Town of Reading
Gerard L. Demodena                                                                                         April 8, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 04-11421-JLT

JOEY JOSEPH,

　　　　Plaintiff

vs.

OFFICER P. IAPICCA, OFFICER
LENTINI, OFFICER RUSSELL,
OFFICER VOEGELIN, and THE
TOWN OF READING,

　　　　Defendants

DEPOSITION OF:  GERARD L. DEMODENA

BRODY, HARDOON, PERKINS & KESTEN

One Exeter Plaza

12th Floor

Boston, MA 02116

April 8, 2005

Virginia Dodge

Registered Professional Reporter

DUNN & GOUDREAU

Joey Joseph vs. Officer P. Iapicca, Officer Lentini, Officer Russell, Officer Voegelin, and The Town of Reading
Gerard L. Demodena                                                              April 8, 2005

### Page 66

1 not clear.
2     And I was given permission to go behind the doors,
3 to go in and ask questions. So somebody must have
4 authorized that.
5 Q. And was Mr. Joseph -- you say he was in a room?
6 A. I believe so.
7 Q. How many police officers were there?
8 A. In the room? Or in general? I'm not being
9 sarcastic.
10 Q. In the area where Mr. Joseph was.
11 A. I don't know. As I recall, there seemed to be
12 probably like six or eight of them or something like that.
13 Q. Was Mr. Joseph handcuffed or not?
14 A. Not when I saw him. No.
15 Q. And Mr. SantaMaria may or may not have been there
16 when you arrived?
17 A. Right.
18 Q. Did you discuss what had happened with any Reading
19 police officer before you talked to Mr. Joseph?
20 A. I think I did.
21 Q. Do you remember who it was? Do you remember what
22 was said by you and that police officer?
23 A. No.
24 Q. And did you talk to Mr. Joseph about what happened?

### Page 67

1 A. Yes.
2 Q. At the police station?
3 A. Yes.
4 Q. And what did he tell you?
5 A. He was very upset. Very upset. He told me that
6 they had -- Reading police had come onto the engine after
7 the incident and had asked him some questions, one of
8 which was his -- basically identification information.
9     And that he had provided them -- I believe he said
10 he told them his name was Joey. I believe he said that.
11     And they wanted to -- or they asked him more
12 questions, and he made the statement supposedly that he
13 wanted to wait for his supervisors to arrive before he
14 answered any more questions, that he was upset.
15     And I don't know if they persisted at that point. I
16 thought he said that they had left the cabin at one point
17 and came back. I don't remember.
18     But at some point, they weren't -- apparently,
19 according to him -- going to take no for an answer. They
20 wanted information right then and there.
21     And they at some point arrested him and took him off
22 through the passenger coach, the passengers, and he ended
23 up in the station, and that he was quite upset about it.
24 Q. He was upset about being arrested or upset about

### Page 68

1 hitting the trespasser?
2 A. Oh, I think he was upset about everything. You'll
3 have to ask Mr. Joseph, but I think he was upset about
4 everything.
5 Q. Then what happened? You have this conversation with
6 him. Then what happens?
7 A. I believe I told him at some point that providing
8 basic information was a matter of routine. We can do
9 that.
10     There's always a concern with engineers, and it just
11 happened up in Salem unfortunately, where -- I'm not going
12 to go off on a tangent, but one of the concerns engineers
13 have had in the past, where they'll give the basic
14 information they're asked, and when they do or they have
15 in the past, they'll find it on the front page of a local
16 paper.
17     And checking into that, years ago, I was told, as I
18 recall, that well, they try to avoid doing that, the
19 police department tries to avoid doing that, but it was
20 public information -- I don't know if it is or isn't --
21 and if somebody calls looking for it, they have to give
22 them the basic information.
23     And there have been cases where there are people,
24 like out in South Weymouth that I remember -- the engineer

### Page 69

1 is now deceased. But he struck and killed a trespasser,
2 who most people seem to accept was trying to commit
3 suicide.
4     And his picture was taken at the scene by someone
5 with a telephoto at the scene, and they put it in the
6 paper. And he was out grocery shopping with his family
7 and said someone pointed out rather loudly, "That's that
8 guy that killed that guy in Weymouth."
9     The engineers are the second victims on the scene.
10 They come to work to do their job, and somebody decides to
11 commit suicide or does something foolish, and people end
12 up being killed, and there's nothing they can do about it.
13 There's no steering wheel. You put the brakes on. That's
14 it.
15     So it's been throughout the craft for many years
16 where people are reluctant to say too, too much for fear
17 that their information will be provided to the public and
18 the paper. And it just happened up in Salem, I guess,
19 with that young boy, I think it was, that was killed up
20 there a few months ago.
21     And so I explained to him at the time, I think, I
22 said to him, "Joey, they ask you some basic information
23 about your name and your -- basic information, you work
24 here, licensed engineer, show them your certificate.

18 (Pages 66 to 69)

Joey Joseph vs. Officer P. Iapicca, Officer Lentini, Officer Russell, Officer Voegelin, and The Town of Reading
Gerard L. Demodena
April 8, 2005

### Page 70

1  That's -- you know, you can't not."
2      He said, "I didn't say I wouldn't tell them. I told
3  them I wanted my supervisors to be here first."
4      I said, "Well," I said, "okay."
5      How this all -- the order of things -- and you've
6  probably had the benefit of tapes and interviews and so
7  on. So you're refreshed and I'm not. And clearly you
8  have an advantage. So I'm trying to recall something over
9  a year ago.
10     So I believe I left the room -- before I left the
11 room, I think he -- somebody who was talking to him before
12 me, because I think they stopped the booking or maybe they
13 booked him and changed their mind. I'm not sure.
14     At some point, somebody in the Reading police
15 department had said to me, "Listen. If he -- we can drop
16 this thing or whatever the case may be, but he has to
17 understand, you know, a police officer asked some basic
18 questions" -- or something like that.
19     I said, "Okay." I said, "Let me talk to him a
20 little bit."
21     And I did talk with him, and I said, "Joey, look.
22 They're willing to let you walk out of here, despite the
23 circumstances, and go on about your business here."
24     And he was still very upset about it.

### Page 71

1      And I said, "Listen. Do what you want. Do what you
2  want." I said, "If it makes you feel more comfortable," I
3  said, "you can call your local chairman for the union, who
4  happens also to be an attorney. Give him a call and talk
5  with him about it."
6      And he said he wanted to. I believe it was my
7  phone, that I made the call to the -- to George Newman,
8  and explained --
9  Q.  What's the name?
10 A.  George Newman.
11 Q.  Who is?
12 A.  He is the local chairman for the BLE, engineers
13 union.
14     And said to him, I said, "If you want to talk to
15 George" -- I'm a manager. If he feels more comfortable,
16 thinking he's getting better advice -- maybe he would
17 be -- from him and talk with him about it, whatever. He
18 said he would.
19     So I contacted George, explained to George where I
20 was, what the circumstances were. I said, "I think Joey
21 wants to talk with you, if you'd like to talk with him."
22     Whether I sat there while he talked to him or not, I
23 only hesitate because usually if someone's having a
24 private conversation with their union rep, I'll give them

### Page 72

1  privacy. I think I sat there.
2      He talked with Joey. And I didn't hear the other
3  end of the conversation. But my assumption was that
4  George, I think, had encouraged him to just, you know --
5  "You've provided basic information at this point." I
6  guess he did. "And if they're willing to drop this thing
7  or whatever, then, you know, you probably should get out
8  of there."
9      And I believe that's also what I told him, somewhere
10 along the lines. "Look, Joe. This has been an
11 unfortunate situation. I don't know all the details of
12 this thing yet, but they're telling you you can walk out
13 of here. We can talk about it later. You can --
14 whatever."
15     And they seemed interested in that Joey was going to
16 put this thing to bed at that point, right then and there.
17 So I came out, and I can remember saying something to them
18 along the lines of "I talked with him. And I think he's
19 all set. He's going to, you know, put this behind him or
20 something like that, and move on from here." And I guess
21 that was the agreement.
22     Then I think two -- or one or two -- I don't know --
23 detectives -- or whatever they were -- went in and spoke
24 with him again.

### Page 73

1      And they came out exasperated, or one of them was
2  exasperated. Who it was, I have no idea of names. They
3  came out.
4      "Hey, this guy is still talking about he's still
5  upset about he doesn't feel he should have been arrested
6  and all this business."
7      It's "Oh, my God." Bear in mind, to be honest, from
8  the layman's point of view, I'm under the impression a
9  police officer asked you some basic information,
10 especially at a scene like this, you give them basic
11 information.
12 Q.  Name seems reasonable.
13 A.  Once again, what the law means, basic jurisdiction,
14 I don't know.
15 Q.  We're going to know after this case is finished.
16 A.  You're going to straighten everything out.
17     I went back in and says something to the effect,
18 "Joe, what's going on? I thought we had an
19 understanding."
20     He said, "Yeah, I know. I don't like what they
21 did," and all this business. And as --
22     "You can work that out later or whatever, but they
23 want to put this thing to bed. You want to put this thing
24 to bed. Let's -- you know."

19 (Pages 70 to 73)

Case 1:04-cv-11421-JLT    Document 27-2    Filed 10/26/2005    Page 5 of 6

Joey Joseph vs. Officer P. Iapicca, Officer Lentini, Officer Russell, Officer Voegelin, and The Town of Reading
Gerard L. Demodena                                                                                                 April 8, 2005

Page 74

1   So at some point, in some way, he agreed, and we
2   left. And I took him back -- I believe to Canal Street.
3   I drove him back to Canal Street to the transportation
4   manager's office, I believe is where I dropped him.
5       I think he had some paperwork, or there were other
6   people there who were going to continue the follow-up of
7   whatever it was. I didn't get a statement from him. I
8   don't believe I did. And they carried it on, and I headed
9   back to South Station.
10      But truthfully, how many people were there, what
11  their names were, I don't recall any of that.
12  Q.  I'll tell you what. Let me just -- so I understand
13  what your memory is, first, you have this ID.
14  A.  That's right.
15  Q.  Did you have this in 2004? How long have you been
16  carrying an ID like this?
17  A.  I don't know that. They didn't issue them right
18  away. When they issued them, I don't remember.
19      My answer is I probably did. Was it in February of
20  2004? I don't know.
21  Q.  Does every MBCR employee have one of these?
22  A.  I believe they're supposed to.
23  Q.  Did they have them in February of 2004?
24  A.  As I just said, I don't know. They may have. There

Page 75

1   are certain things I just don't -- who knows? Maybe they
2   did.
3   Q.  But I mean, if you didn't have this, what other ID
4   do you have that tells me what you do for a living?
5   A.  For example, we worked for Amtrak for 17 years. I
6   never had one picture ID for Amtrak for 17 years. I had
7   an Amtrak pass in my pocket with just my name and so on on
8   there. There were other managers who did, depending on
9   their jobs, have picture IDs.
10      MBCR may -- may -- I don't believe they did this
11  right off the bat. I don't think they did. I wasn't
12  there, remember, when they took over in July. I wasn't
13  there. I was gone. I didn't come back until -- I believe
14  it was September.
15      Whether I was behind their issuance, whether they
16  issued them in August, whether they issued them the
17  following February, I just don't recall.
18      I know I can find out for you. But I don't know.
19  Q.  Can you find out and let me know?
20  A.  Sure. Want me to call now?
21  Q.  Let's finish first.
22      Yeah. Actually, I do want to know.
23      Is it possible Mr. Joseph did not have one of these
24  in February of 2004?

Page 76

1   A.  Well, given the fact that I'm not sure when they
2   were issued, I guess anything is possible. I don't know.
3   Q.  Do engineers working for the MBCR have them now?
4   A.  Yes.
5   Q.  Are they normally kept clipped to the outside of the
6   belt?
7   A.  I believe that they're required to have them
8   displayed.
9   Q.  But it's only the first name?
10  A.  So what?
11  Q.  Well, then the Globe can't put your whole name in,
12  can it? Some guy named Gerry was driving the train.
13      I have to say this is the most unusual picture I've
14  ever seen. I'm just curious. The absence of a last name
15  is interesting.
16      So he may or may not have had -- what about uniform?
17  What were engineers supposed to wear in 2004?
18  A.  What are they supposed to wear?
19  Q.  Is there a uniform?
20  A.  No.
21  Q.  Is there any dress code whatsoever?
22  A.  There is a dress code, but there's no uniform.
23  Q.  What's the dress code?
24  A.  Engineers are required to wear leather shoes, tie

Page 77

1   shoes. Long pants; can't wear shorts. They can wear
2   short sleeves. No tank tops. That's it, pretty much.
3   You can check the safety book.
4   Q.  So how would us civilians know that the person
5   standing --
6   A.  You don't.
7   Q.  -- standing at the controls is actually an employee
8   of the MBCR, certified to drive the train?
9   A.  Well, I guess if you were so interested, you could
10  probably ask the conductor, who's in uniform and has a
11  name and ID number. And he or she in charge of the train
12  could probably tell you that. Because you really wouldn't
13  have access to the engineer, not normally.
14  Q.  There's a window that they look out of? In this
15  case, Mr. Joseph had a window, didn't he?
16  A.  I hope so. Yes.
17  Q.  So there's no uniform. There may not be an ID.
18  It's a conundrum.
19  A.  You sound like the lawyer here. "This is the worst
20  thing I've ever seen."
21  Q.  It's a conundrum.
22  A.  You may be kind of overstating it a little bit. I
23  wouldn't agree with that.
24  Q.  I go back and think about what happens at the scene.

20 (Pages 74 to 77)

Case 1:04-cv-11421-JLT   Document 27-2   Filed 10/26/2005   Page 6 of 6

Joey Joseph vs. Officer P. Iapicca, Officer Lentini, Officer Russell, Officer Voegelin, and The Town of Reading
Gerard L. Demodena                                                                April 8, 2005

Page 86

1  other people.
2      And then MBTA people started to show up. I think
3  there was a spokesperson, something, from the MBTA there
4  John SantaMaria was there. At any given time, maybe there
5  were a dozen people there. I just don't remember.
6      But I obviously didn't come out and talk with the
7  guy delivering the coffee outside and say, "Hey, guess
8  what Joey said?" Whoever I was speaking with --
9  Q.  I understand. But after you had that conversation,
10 you just said earlier -- you used the word "detectives."
11 Is it because you remember there were particular
12 civilians, or you just remember that some Reading police
13 officers, somebody associated with Reading police
14 department, were going to talk to him?
15     THE WITNESS: Right. Why don't you read
16 back, tell me what we said? What did I say?
17 Q.  (By Mr. Kesten) It doesn't make any difference.
18 What matters is what you remember.
19 A.  What I remember is whoever I had spoken with
20 prior -- or one of the people I had spoken with prior to
21 going in to talk with Joey -- when I came back out from
22 talking with Joey, chances are real good it was that
23 individual again or individuals again, and I believe they
24 went back in to speak with him. I believe. And --

Page 87

1  Q.  So the person you spoke with, you think then went
2  and talked to him?
3  A.  I think so.
4  Q.  That's your best memory today?
5  A.  Right. Exactly.
6  Q.  And then they were in there. Any idea how long?
7  A.  It wasn't very long. I don't know. It wasn't very
8  long. Maybe 5 minutes. Maybe 10 minutes. I don't know.
9  Q.  Then they came out?
10 A.  Came out.
11 Q.  You said your best memory was they appeared
12 exasperated?
13 A.  Yeah. I do remember that. I do remember because I
14 was quite shocked because I thought that it was pretty
15 much a dead issue.
16     And they came out, and I think -- "You've got to
17 talk to him because that's not" -- basically "He doesn't
18 sound like he's agreeing to it. Or it sounds something
19 different from what you just said." Okay.
20 Q.  You're gesturing with your hands. Do you remember
21 did they gesture? Or are you just gesturing because
22 you're Italian?
23 A.  I don't recall. I don't know.
24 Q.  Okay. Just trying to get your best memory.

Page 88

1      And so you went back in to talk to him?
2  A.  Yes.
3  Q.  And your best memory of the conversation is?
4  A.  Is that it was something along the lines of "Joe,
5  what's going on? I thought we had -- understood each
6  other."
7      And he said, "Yeah. But you know, I'm still upset
8  about this. I don't think they should have done this."
9  And all that kind of thing.
10     I was like, "Joey, you know, they're willing to let
11 you walk out of here right now."
12     And honestly in the back of my mind, as wrong as I
13 may be, a police officer asks you some basic questions
14 you're supposed to answer them -- I don't even know if
15 that's true, you're supposed to.
16     "You're claiming you did, and they ended up
17 arresting you. They're letting you walk out the door.
18 Let's get out, and you can talk about this later. You're
19 very upset."
20     And then ultimately he said, "Okay," I guess, and --
21 Q.  This is actually an important point to our case as
22 to what he said.
23 A.  Unfortunately, I don't recall.
24 Q.  We just need your best memory.

Page 89

1  A.  I'm giving you my best memory.
2  Q.  Is it your best memory that he indicated to you in
3  some way he agreed with your proposal?
4  A.  I have to say that based on my understanding is
5  those were the conditions under which he was going to
6  leave the police station, so I'd have to say yes.
7  Q.  Then did you relay your belief to the police
8  officers, officer or officers --
9  A.  Yes.
10 Q.  -- you'd been talking to?
11 A.  Yes.
12 Q.  That he says okay --
13 A.  Yes.
14 Q.  -- basically?
15 A.  Yes.
16 Q.  And then the two of you left?
17 A.  Yes.
18 Q.  Who else was in the police station that you knew?
19 A.  For sure, John SantaMaria. I believe an MBTA
20 detective or two. I say "detective" because -- they may
21 have -- it may have been Mark Gillespie. I'm not sure.
22 I'm not sure.
23     I don't think it was Louie Vest. I've worked with
24 Louie in the past. I don't think it was him. It may