# EXHIBIT 4

Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

C.A. No. 04-11421-JLT

* * * * * * * * * * * * * * * * * *

JOEY JOSEPH,                                        *

      Plaintiff,                                *

v.                                                  *

OFFICER IAPICCA, OFFICER LENTINI,                   *

OFFICER RUSSELL, OFFICER VOEGELIN,                  *

AND THE TOWN OF READING,                            *

      Defendants.                               *

* * * * * * * * * * * * * * * * * *


DEPOSITION OF PASQUALE M. IAPICCA

HRONES, GARRITY & HEDGES, L.L.P.

Lewis Wharf - Bay 232

Boston, Massachusetts


May 23, 2005     11:30 a.m.


Jonathan P. Lodi

Registered Professional Reporter

CATUOGNO COURT REPORTING SERVICES
Springfield, MA   Worcester, MA   Boston, MA   Lawrence, MA   Providence, RI

PASQUALE M. IAPICCA
May 23, 2005

Page 22

1   A.   It's their primary responsibility.
2   Q.   And it's not your primary
3   responsibility?
4   A.   It's part of my responsibility.
5   Q.   But it's their primary
6   responsibility?
7   A.   Yes, ma'am.
8   Q.   And take your time, but from the time
9   that you learned there was an accident to the time
10  you left the train station, can you describe what
11  happened?
12  A.   Yes, ma'am.
13  Q.   Would you do that, please?
14  A.   I responded to the incident. I was
15  told at one point that it might have been on the
16  platform. There is a handicapped platform that is
17  further north of the actual train station where
18  passengers get on and get off the train. So I
19  checked that platform first to see if there was the
20  person there that was injured. And that was on the
21  High Street side. No. I'm sorry. That's on the
22  Lincoln Street side. I made my way to the actual
23  depot; it's on Lincoln Street.
24       And at the same time, approximately

Page 23

1   the same time, as the fire department arrived, I
2   came from the north side of the building -- they
3   were coming from the south side of the building --
4   located the victim, who was underneath the train,
5   mostly, and part on the platform. There were
6   hundreds of people throughout the platform and the
7   train station. There was traffic both on High
8   Street and on Lincoln Street. There was utility
9   workers that was parked in the adjacent parking
10  lot. There are parking spots on both sides of the
11  tracks, including MBTA lots, there was Officer
12  Frederick, who was on the High Street side of the
13  street doing a traffic post, there was myself,
14  there was Officer Lentini, who was on foot patrol,
15  Officer Voegelin, who was also there. And we all
16  responded to the depot for the incident.
17       We all tried to control the situation
18  because there was a lot of activity going on.
19  Officer Frederick went down to obtain some
20  information from the operator of the train. I
21  tried to get the people that were on the platform
22  into the train so we could better work the scene,
23  speaking with the fire captain. We were calling
24  for the Med-Flight helicopter because her injuries

Page 24

1   at that time seemed severe enough that we believed
2   she was going to die.
3        At some point, Officer Frederick
4   motioned to me, and I went down to meet him, that
5   he was having a problem with the person in the cab
6   behind the controls of the train, who had refused
7   to cooperate with him. I was unable to get any
8   information from him. At some point, Sergeant
9   Russell was on-scene and was briefed of the
10  situation, and he spoke to the person in the cab.
11       We then entered the train and placed
12  the person later known to us as Joey Joseph under
13  arrest. Officer Lentini and I transported him to
14  the station, and he was booked, and then, later,
15  released.
16  Q.   Is that everything you remember about
17  that incident?
18  A.   That's basically a summary of
19  everything, without -- I mean, you're looking at
20  probably an hour -- I'm guessing an hour's scene --
21  and I'm trying to explain it to you in a two- or
22  three-minute conversation.
23  Q.   Well, just to direct your attention a
24  little bit, who told you -- what led you to believe

Page 25

1   that the accident might be on the platform?
2   A.   I believe at one point either one --
3   either dispatch or one of the other officers heard
4   it might have been on the platform.
5   Q.   And when you first arrived to the
6   platform, did you see any other police officers
7   there?
8   A.   I did not.
9   Q.   Did you see any other T Police; did
10  you see any T Police there? I'm sorry.
11  A.   No, I did not.
12  Q.   And the fire department arrived
13  shortly after you?
14  A.   They arrived about the same time I
15  did, coming from the different areas.
16  Q.   And when you saw the person who had
17  been hit by the train, what did you do with respect
18  to that person?
19  A.   Tried to clear the area of the
20  passengers in that immediate vicinity so the
21  paramedics can assess and work on her.
22  Q.   So did you actively remove people
23  from around her vicinity?
24  A.   I tried to clear the area, yes.
7 (Pages 22 to 25)

CATUOGNO COURT REPORTING SERVICES
Springfield, MA   Worcester, MA   Boston, MA   Lawrence, MA   Providence, RI

**PASQUALE M. IAPICCA**
**May 23, 2005**

Page 30

1  Q.   How did he motion to you?
2  A.   He waived to me.
3  Q.   Okay. Did he radio you?
4  A.   He did not, that I recall.
5  Q.   And what did you do after he motioned
6  to you?
7  A.   I went over to him.
8  Q.   And did anyone else go over to him
9  when you went over to him?
10 A.   It's possible. I don't recall.
11 Q.   And you had indicated that you were
12 unable to get information from the driver.
13      What did you say when you saw the
14 driver?
15 A.   I asked the person in the cab if he
16 was the operator of the train; he indicated that he
17 was.
18 Q.   Where was he when you first saw him?
19 A.   He was in the cab.
20 Q.   And can you describe his appearance?
21 A.   Well, he was in an elevated position
22 from where I was. I was on the main platform of
23 the Reading Depot. He was a black male in plain
24 clothing with no uniform, no distinguished markings

Page 31

1  of anything associated with an official capacity.
2  He was in the front car or the control area of the
3  train. There was also another individual in the
4  cab, and it was in the front part of the train.
5  Q.   You said there was another individual
6  in the cab. Where was that individual located?
7  A.   He was on the -- what I would say is
8  the east part of the front cab.
9  Q.   And can you describe his appearance?
10 A.   Just another individual that was in
11 the cab, that had no uniform or anything that I
12 would determine as an official uniform or
13 identification of an employee of the train.
14 Q.   Was the person who you believed to be
15 the driver, was he wearing any type of badge or
16 anything of that nature?
17 A.   No, ma'am.
18 Q.   So after he indicated to you that he
19 was the driver, what happened next?
20 A.   I asked him for some identification.
21 Q.   And then what happened?
22 A.   I asked him again for some
23 identification.
24 Q.   Well, did he respond when you asked

Page 32

1  him for identification?
2  A.   At some point he indicated to me that
3  he was not going to be giving me anything until his
4  supervisor arrived on-scene.
5  Q.   Do this for me: Starting with the
6  time that you approached the driver, describe the
7  conversation that ensued, to the best of your
8  ability.
9  A.   I asked the person in the cab if he
10 was the operator of the train; he indicated he was.
11 I asked him several times for some identification;
12 and at some point, he indicated to me that he was
13 not going to give me any information until the
14 supervisor from the train showed up. I indicated
15 to him that he was refusing to submit to a police
16 officer and may be subject to arrest.
17 Q.   Because he was refusing to submit to
18 a police officer?
19 A.   That's correct.
20 Q.   So you stated to him, You're refusing
21 to submit to a police officer; therefore, you may
22 be subject to arrest?
23 A.   That's correct.
24 Q.   Okay. Can you describe his demeanor

Page 33

1  when you first approached him?
2  A.   He seemed to be upset with the
3  ongoings of the scene, I would assume. And I don't
4  know the individual person -- I don't know if
5  that's his normal state or if that's -- what
6  personality that the person has.
7  Q.   But he appeared to be upset?
8  A.   Upset, ticked off at the questions.
9  Q.   Was Officer Frederick asking him
10 questions as well?
11 A.   Speaking with Officer Frederick, he
12 had asked the same questions before me and was not
13 able to get any response from him, to the best I
14 know.
15 Q.   Did you speak with Officer Frederick
16 about his interaction with the driver before you
17 approached the driver?
18 A.   Yes, ma'am.
19 Q.   And what did he tell you?
20 A.   He said that the -- supposedly -- the
21 driver won't give him any information.
22 Q.   Was he upset by that?
23 A.   Mr. Joseph?
24 Q.   No. Mr. Frederick, Officer

9 (Pages 30 to 33)

**PASQUALE M. IAPICCA**
**May 23, 2005**

Page 34

1  Frederick.
2      A.  I don't know if he was upset about
3  it. He just wasn't getting any information so we
4  can have -- so we can do -- get our initial names
5  for the report.
6      Q.  But was he frustrated?
7      A.  Probably.
8      Q.  Now, there was no question, in your
9  mind, that this was the driver of the train?
10     A.  We had no idea if that was the
11 driver.
12     Q.  Well, did you think it could have
13 been a passenger?
14     A.  I didn't know who that individual
15 was.
16     Q.  But were you suspicious that he
17 wasn't the driver?
18     A.  Yes, ma'am.
19     Q.  And did you have any other concerns
20 about him?
21     A.  Absolutely.
22     Q.  And what were your other concerns?
23     A.  There was an individual in the
24 control cab of a train that's still running,

Page 35

1  there's emergency personnel working under the train
2  that could be moved at any moment. We don't have
3  any control of the situation.
4      Q.  Did you voice those concerns --
5  strike that. Officer Russell showed up at some
6  point, correct?
7      A.  Sergeant Russell.
8      Q.  Sorry. Sergeant Russell showed up?
9      A.  Yes, he did.
10     Q.  And what was your conversation with
11 Sergeant Russell?
12     A.  I informed Sergeant Russell that both
13 Officer Frederick and myself asked an individual in
14 the cab of the train for some identification, that
15 he was refusing to cooperate, will not tell us who
16 he was, as well as letting him know what the total
17 scene was. I briefed him on "the woman's under the
18 train, fire fighters under the train, paramedics
19 under the train, people on the platform, there's a
20 -- it's a scene that's very difficult to manage and
21 get under control."
22     Q.  Did you think this guy might be a
23 terrorist?
24     A.  I had no idea who he was.

Page 36

1      Q.  Did you ask the other person who was
2  in the cab who this guy was?
3      A.  No. He left.
4      Q.  But you didn't try to stop that guy?
5      A.  I was not in the train then.
6      Q.  Okay. Well, the other person who was
7  in the front of the train with the person who you
8  were having this conversation about identification
9  with, what happened to him?
10     A.  I don't know.
11     Q.  So you had no idea who that person
12 was either?
13     A.  No, ma'am.
14     Q.  And to your knowledge, did any of the
15 -- anyone -- ever follow-up with respect to that
16 person's identity?
17     A.  I have no idea.
18     Q.  That didn't seem important to you?
19     A.  Not at that time.
20     Q.  Did you speak with the conductor of
21 the train?
22     A.  I think at one point I did.
23     Q.  Did you ask him who the guy in the
24 front of the train was?

Page 37

1      A.  No. The only time I spoke to the
2  conductor was when I first arrived and there were
3  people all over the platform, coming on and off the
4  train. That was causing it to be difficult for the
5  emergency personnel to get to the medical scene, so
6  I was asking him to help me get the people back on
7  the train to try to clear off the area.
8      Q.  To your knowledge, did any of the
9  other officers ask the conductor who the guy in the
10 front of the train was?
11     A.  I don't know if they did or not.
12     Q.  But the conductor was there, correct?
13     A.  That was the last time I saw him.
14     Q.  Okay. Did Sergeant Russell advise
15 you how to handle the situation?
16     A.  Did he ask me?
17     Q.  Advise you how to handle the
18 situation with respect to the person in the front
19 of the train.
20     A.  I've --
21         MR. KESTEN: You asked it.
22         THE WITNESS: Thank you.
23     Q.  (By Ms. Hedges) You had had a
24 conversation about the person in the front of the

10 (Pages 34 to 37)

**PASQUALE M. IAPICCA**
**May 23, 2005**

Page 38

1  train, and your conversations with that person in
2  the front of the train were with Sergeant Russell,
3  correct?
4      A.   When Sergeant Russell came to the
5  scene, I briefed him on what we had; he came to the
6  front of the train and also spoke to Mr. Joseph.
7      Q.   And can you describe the conversation
8  between Sergeant Russell and Mr. Joseph?
9      A.   Basically the same type of thing. He
10 tried to get some information. Joseph -- Mr.
11 Joseph appeared to be more -- acting weird about
12 different things to the point where he was told if
13 he was -- he could be subject to arrest -- and he
14 says, If you want me, come and get me. So Sergeant
15 Russell said, Take him.
16     Q.   What do you mean, he was "acting
17 weird"?
18     A.   Just his whole, general demeanor. It
19 was a very simple question: Do you have some
20 identification; we don't know who you are. There
21 was no ID badge, there's no uniform, there's a
22 train that's running, people under the train,
23 people getting on and off the train. There were
24 hundreds of people, literally, on the platform.

Page 39

1  Just trying to get some basic information from an
2  individual who claims to be the engineer and in
3  control of that train.
4      Q.   Had you asked him to get out of the
5  cab of the train?
6      A.   Probably at some point.
7      Q.   And what was his response when you
8  asked him to get out?
9      A.   That he wasn't going to get out.
10     Q.   Did he explain to you why he didn't
11 want to get out?
12     A.   No, ma'am.
13     Q.   Did he advise you why he didn't want
14 to provide any information at that time?
15     A.   No. His only answer was that he
16 wasn't going to do anything until the supervisor
17 came on-scene.
18     Q.   And did he tell you his first name at
19 any time?
20     A.   I don't believe he gave me that
21 information.
22     Q.   Did he tell any of the other
23 officers, that you know of, his first name?
24     A.   I don't know if he did or not.

Page 40

1      Q.   When you say you were asking for
2  identifying information, what exactly were you
3  asking for?
4      A.   Well, basic picture identification
5  with something from the train, or a license, or
6  something to have a picture with a signature on it
7  that identifies who you are.
8      Q.   Did you ask him for his Social
9  Security Number?
10     A.   I don't believe so.
11     Q.   Did any other officers ask him for
12 his Social Security Number?
13     A.   It's possible.
14     Q.   Do you have a recollection of that?
15     A.   If they did, they didn't do it in
16 front of me, that I could recall, no.
17     Q.   Okay. So it was Sergeant Russell
18 that told you to put him under arrest?
19     A.   What Sergeant Russell said was --
20 during that conversation of if you want me, you
21 have to come and get me -- Sergeant Russell simply
22 said to take him.
23     Q.   And what did you understand that to
24 mean?

Page 41

1      A.   That he was going to be placed under
2  arrest.
3      Q.   And what were you placing him under
4  arrest for?
5      A.   I thought it was failure to submit to
6  a police officer.
7      Q.   So that's why you were placing him
8  under arrest?
9      A.   I placed him under arrest because my
10 superior officer told me to effect the arrest.
11     Q.   And what does that mean, "failure to
12 submit to a police officer"?
13     A.   Basically you need to cooperate with
14 a police officer when you're giving somebody some
15 information, identification. That was my
16 understanding.
17     Q.   So it's your understanding that the
18 failure to give information to a police officer is
19 a criminal offense?
20     A.   It's an arrestable offense under
21 9025.
22     Q.   Have you ever placed anyone under
23 arrest for that before?
24     A.   I'm sure I have.

### Page 46

1  A. Yes.
2  Q. Weren't you concerned about the
3  operation of the train?
4  A. Yes, ma'am.
5  Q. Did you know how to turn it off?
6  A. I have no idea.
7  Q. Did you ask the person who you
8  believed to be the driver, or who was in the
9  driver's seat, to turn it off?
10 A. No, ma'am.
11 Q. What did you do with respect to the
12 train at that point?
13 A. My concern was to remove the person
14 behind the controls of the train.
15 Q. Did you know that the brakes were
16 adequately on?
17 A. I have no idea about the controls or
18 the operation of the train.
19 Q. So for all you know, the brakes could
20 have been not on at that point?
21 A. Possibly, yes.
22 Q. Because the train was still on?
23 A. Yes, ma'am.
24 Q. Did you ask the person in the front

### Page 47

1  of the train to ensure that the train was secure
2  and not going to move?
3  A. No, ma'am.
4  Q. So what happened after you put
5  handcuffs on the individual?
6  A. I double-locked them.
7  Q. And why did you double-lock them?
8  A. It's a standard procedure that, when
9  you place handcuffs on a prisoner, that you try to
10 double-lock them.
11 Q. And then what did you do?
12 A. Turned him around and started
13 escorting him off the train.
14 Q. Was he standing up when you cuffed
15 him?
16 A. Yes, ma'am.
17 Q. And to escort him off the train, did
18 you walk through the first car?
19 A. Yes, we did.
20 Q. And why did you go in that direction?
21 A. Because you couldn't get off the
22 train from the front of the car.
23 Q. And did any of the passengers inquire
24 as to what was going on at that point?

### Page 48

1  A. No, ma'am.
2  Q. Were you touching Mr. Joseph as you
3  were escorting him off?
4  A. Yes, ma'am.
5  Q. And where, physically, on his body,
6  were you touching him?
7  A. His arm.
8  Q. How were you holding his arm, if you
9  could describe it?
10 A. Just holding his upper arm as to
11 support him.
12 Q. And was Officer Lentini touching him?
13 A. I believe so, yes.
14 Q. And what arm were you holding?
15 A. I thought I was holding the right
16 side.
17 Q. Was Officer Lentini holding him on
18 the left side?
19 A. Yes, ma'am.
20 Q. And where, on Mr. Joseph's body, was
21 Officer Lentini touching him?
22 A. On his left harm.
23 Q. And did anything notable happen on
24 your way off the train?

### Page 49

1  A. At one point, Mr. Joseph said that we
2  were -- the handcuffs were hurting him or we were
3  hurting him. And because I was more in back of
4  him, I -- we all stopped and I just put my hands
5  straight up in the air to show the passengers that
6  nobody was doing anything to him that they couldn't
7  see.
8  Q. So was Mr. Joseph saying that outloud
9  so the passenger's could hear?
10 A. Yes, ma'am.
11 Q. Okay. Was he yelling?
12 A. It was louder than a normal voice.
13 Q. So you took your hands off at that
14 point?
15 A. Yes, ma'am.
16 Q. As if to say, I'm not doing anything?
17 A. To show the people that we were not
18 doing anything.
19 Q. Was there anything about the way that
20 he was cuffed that could have been hurting him?
21 A. Absolutely not.
22 Q. And after you took your hands off of
23 him, did you put your hands back on him?
24 A. I'm not sure if I did. I possibly

### Page 50

1 could have.
2  Q. Well, would you typically take both
3 hands off someone who you had under arrest and keep
4 them off?
5  A. Well, he was -- he was in the middle
6 of Officer Lentini (sic.), and I was behind him,
7 Officer Voegelin was there, so -- I mean, he wasn't
8 going anywhere. So we were right there. It's not
9 like we're going to be risking flight, so --
10  Q. Did you have any conversation with
11 him as you were walking through the passenger car?
12  A. When he began to resist, I informed
13 him that there was two ways to get off the train,
14 that there was going to be the easy way and the
15 hard way, but, either way, he was going to get off
16 the train; it was up to him how he was going to
17 come off the train.
18  Q. And what did you mean by "the hard
19 way"?
20  A. That if he was going to resist, we
21 would force him off the train.
22  Q. Well, when you said he began to
23 resist, what do you -- what was he doing that
24 indicated to you that he was resisting?

### Page 51

1  A. When we began to walk down the aisle,
2 he then stopped and lunged backwards into us and
3 started to move a little bit.
4  Q. Did he actually physically make
5 contact with you?
6  A. Well, we were already in contact, so
7 it was -- we were in contact the entire time.
8  Q. Well, you were holding onto his arm,
9 correct?
10  A. Yes, ma'am.
11  Q. When you say he lunged backward into
12 you, did he bodycheck you; what did he do?
13  A. He started to straighten up and give
14 us resistance, instead of just continuing on
15 walking forward.
16  Q. So he stopped walking?
17  A. Yes, ma'am.
18  Q. He didn't lunge backward?
19  A. He straightened up, so -- I mean, he
20 was going forward, he stopped, then he went
21 backward coming into my direction. He was no
22 longer walking forward.
23  Q. Did he take steps backward or did he
24 just stop?

### Page 52

1  A. I'm not sure if he did or not. I
2 don't recall.
3  Q. But when he stopped, he said, The
4 handcuffs are hurting me?
5  A. Yes.
6  Q. Did you adjust his handcuffs at any
7 point?
8  A. No, ma'am.
9  Q. So did you take him off the train the
10 "easy way" or the "hard way"?
11  A. He then walked off under his own
12 power, without a problem.
13  Q. Did you have any further conversation
14 with him as he was walking off?
15  A. No, ma'am.
16  Q. And then what happened, after you got
17 off the train?
18  A. Officer Lentini and myself placed him
19 in the rear of my cruiser.
20  Q. Just to back up a little bit, did you
21 search him at any time before he was placed under
22 arrest?
23  A. No, ma'am.
24  Q. Did you see any of the other officers

### Page 53

1 search him before he was placed under arrest?
2  A. I think Officer Voegelin was starting
3 to pat him down on one side and Officer Lentini was
4 patting him down on the other.
5  Q. What part of his body was being pet
6 down?
7  A. General areas and the immediate torso
8 area.
9  Q. And that was before he was placed
10 under arrest?
11  A. That was after he was handcuffed.
12  Q. After he was handcuffed?
13  A. Yes.
14  Q. Did any of the other officers -- did
15 you observe any of the other officers go into his
16 pockets?
17  A. I think Officer Voegelin was reaching
18 into one of his pockets when he tried to put his
19 hands behind his back, going into his -- I
20 think his back pocket.
21  Q. So this was as you were walking out
22 of the train?
23  A. We hadn't begun walking yet.
24  Q. So he steps down from the cab?

14 (Pages 50 to 53)

# PASQUALE M. IAPICCA
## May 23, 2005

### Page 54

1  A. He has not stepped out of the cab.
2  He's still in the cab, in the doorway area of the
3  train.
4  Q. But he is handcuffed?
5  A. Yes, ma'am.
6  Q. And Officer Voegelin reached into his
7  pocket?
8  A. I believe so.
9  Q. Okay.
10  A. I may be mistaken. I thought it was
11  Officer Voegelin, but I could be mistaken.
12  Q. But someone reached into his pocket,
13  one of the other officers?
14  A. I believe so.
15  Q. Was anything taken from his pocket?
16  A. I'm not sure.
17  Q. Was he searched again before he was
18  placed in the police vehicle?
19  A. He was just patted down.
20  Q. Did you, at any time, go into his
21  pockets?
22  A. I don't recall if we did, at the
23  police station, or not, when he was getting booked.
24  Q. Who was the booking officer?

### Page 55

1  A. Initially, Sergeant Stamatis met us
2  at the station. But the overall booking procedure
3  was handled by Sergeant Russell.
4  Q. Okay. Now, you had mentioned earlier
5  that you called dispatch to tell them that you were
6  bringing someone in?
7  A. Correct.
8  Q. And what did you say when you called
9  dispatch?
10  A. I informed them we had an individual
11  who was under arrest for failure to submit.
12  Q. And did dispatch respond in any way?
13  A. They would respond that they received
14  that transmission. Whether they said "received" or
15  "we have that" or --
16  Q. Okay.
17  A. -- something along those lines. But
18  they would acknowledge my transmission.
19  Q. And you may have said this, but who
20  drove him to the station?
21  A. Myself.
22  Q. Did you have any conversations in the
23  car?
24  A. Possibly.

### Page 56

1  Q. Well, what? What were your
2  conversations in the car?
3  A. I don't recall what it was. I mean,
4  it was -- I was with Officer Lentini. We were just
5  going over probably what just happened. I don't
6  have any direct recollection on what was said.
7  Q. Did you have any conversations with
8  Mr. Joseph in the car?
9  A. I don't recall asking him anything in
10  the car.
11  Q. So if you could, when you arrived at
12  the booking -- at the station -- describe what
13  happened, from start to finish.
14  A. We pulled into the prisoner bay,
15  secured the door, secured our weapons. I believe
16  we kept, initially, Mr. Joseph in the car, came in,
17  spoke to Sergeant Stamatis on what happened down at
18  the scene. Somewhere along the line, the chief was
19  there, and I briefed him on what was happening
20  because he was not at the scene.
21      At some point, Sergeant Russell was
22  back at the station, gave an overall summary to the
23  chief and Sergeant Stamatis on what happened, and
24  then we moved on to book Mr. Joseph.

### Page 57

1  Q. Okay. Was that a time when the chief
2  was normally at the station; in other words, the
3  chief hadn't come, just based upon the fact -- just
4  based upon this incident; he was there working?
5  A. I don't follow.
6  Q. Had the chief been called in, due to
7  this incident, from home or somewhere else, or was
8  he just there?
9  A. No. He was there as his regular
10  schedule.
11  Q. Okay. And can you describe your
12  conversation with Sergeant Stamatis?
13  A. I informed Sergeant Stamatis what we
14  had; he told me that it was -- that it was a bad
15  arrest, that we had no justification because it's
16  not a motor vehicle, and he indicated that he
17  wanted to -- that he was going to release Mr.
18  Joseph.
19  Q. And did you try to justify the
20  arrest?
21  A. And what I informed him was that I
22  didn't want him to do anything until he spoke to
23  Sergeant Russell, because it wasn't my arrest. It
24  was Sergeant Russell's indication.

15 (Pages 54 to 57)

## CATUOGNO COURT REPORTING SERVICES
Springfield, MA   Worcester, MA   Boston, MA   Lawrence, MA   Providence, RI

**PASQUALE M. IAPICCA**
**May 23, 2005**

Page 62

1 different elements for disorderly, and that, given
2 the totality of the situation, none of the elements
3 was met that would justify a disorderly charge.
4    Q.  So Sergeant Stamatis actually got out
5 a law book?
6    A.  That's correct.
7    Q.  Did anyone else look at the law book
8 other than Sergeant Stamatis?
9    A.  I'm sure they did. But I don't know,
10 at that time.
11   Q.  What kind of law book?
12   A.  It was one of the -- probably Gould
13 Publications. Or it could have been one of the
14 ones where they summarized the laws. It could have
15 been West's Law. I don't know what law book he was
16 looking at, ma'am.
17   Q.  To try to figure out what to charge
18 him with?
19   A.  That is not correct.
20   Q.  Do you have that law book at the
21 station?
22   A.  Again, I don't know what law book
23 Sergeant Stamatis was using to make his decision.
24   Q.  Okay. Now, where was Mr. Joseph

Page 63

1 during this conversation?
2    A.  As best I can recollect, he was in
3 the booking room with Officer Lentini.
4    Q.  And was a decision eventually made
5 with respect to what to charge him with?
6    A.  The decision was made all along, by
7 Sergeant Russell, that it was disorderly. It
8 wasn't Sergeant Stamatis' call. It was Sergeant
9 Russell, who was the shift commander at the time
10 and also the supervisor on-scene, that made a
11 decision to have the individual arrested. And his
12 -- we eventually found out that he was going with
13 disorderly. And we discussed the possibility of
14 failure to submit.
15   Q.  Okay. So it's fair enough to say
16 that -- strike that.
17       So what was the chief's input with
18 respect to what he should be charged with?
19   A.  When Sergeant Russell arrived at the
20 station and was briefing the chief, I was present,
21 as well as Sergeant Stamatis, when he gave him all
22 the facts and told him what the charge was, and the
23 chief agreed that that was the proper charge.
24   Q.  And what happened after that

Page 64

1 conversation?
2    A.  I believe Sergeant Russell and myself
3 or -- I don't know who went in first, but we
4 returned to the booking room and proceeded to
5 continue booking Mr. Joseph.
6    Q.  Did you participate in the booking?
7    A.  I believe I was in there. I might
8 have been in and out, trying to get other paperwork
9 from dispatch. But I believe I was.
10   Q.  Did you have any conversations with
11 Mr. Joseph during booking?
12   A.  If I did, I don't recall what the
13 exact nature was, other than probably just to
14 assist Sergeant Russell with his booking procedure.
15   Q.  How would you describe Mr. Joseph's
16 conduct while at the station?
17   A.  Best I can recollect, he still didn't
18 answer the questions that Sergeant Russell was
19 trying to ascertain.
20   Q.  Had he told anyone his name while at
21 the station?
22   A.  I don't believe he ever answered the
23 direct question on his information.
24   Q.  Did individuals from the commuter

Page 65

1 rail arrive at some point?
2    A.  At some point there was people from
3 all different branches of -- of the train.
4    Q.  And why, if you know, had they
5 arrived?
6    A.  I guess to find out exactly what
7 happened.
8    Q.  Had anyone from the police department
9 called them?
10   A.  I'm sure dispatch. Maybe Sergeant
11 Stamatis. I'm sure a number of people probably
12 called to ask about --
13   Q.  How many people arrived?
14   A.  I'm guessing ten. It could have been
15 eight; it could have been twelve, but there was a
16 number of people from the different parts of the
17 train.
18   Q.  And did you have a conversation with
19 any of those individuals?
20   A.  I had some conversation, yes.
21   Q.  And can you describe those
22 conversations?
23   A.  When I got into the shift commander's
24 room, there was all people in there that I did not

17 (Pages 62 to 65)

**CATUOGNO COURT REPORTING SERVICES**
Springfield, MA   Worcester, MA   Boston, MA   Lawrence, MA   Providence, RI

### Page 66

1  know. I did recognize one being Joe Petrotoro -- I
2  don't know if that's the correct name or -- I've
3  seen him on TV, the public relations guy for the
4  T -- as well as, like I said, a number of different
5  people from the different agencies.
6      Q.   And you spoke with them?
7      A.   They started to ask me questions
8  about what happened and so forth.
9      Q.   And what did you say?
10     A.   I asked who everybody was, and they
11 went around the room and started introducing
12 themselves.
13     Q.   And then what happened?
14     A.   And then I said that I have no
15 authorization to give anybody any information, that
16 any and all information would have to go through --
17 would have to be released through the chief; I
18 can't just be discussing a situation without the
19 proper authorization.
20     Q.   And then what happened?
21     A.   I left the room.
22     Q.   Where did you go?
23     A.   Probably back into the booking room.
24     Q.   And is that where Mr. Joseph was?

### Page 67

1      A.   He was still in there, yes, ma'am.
2      Q.   And then what happened after you went
3  back to the booking room?
4      A.   At some point at least one, maybe a
5  couple of individuals from the train came into the
6  booking area.
7      Q.   And what happened in the booking
8  area?
9      A.   There was a conversation between them
10 and Sergeant Russell.
11     Q.   And what did you hear in this
12 conversation?
13     A.   They wanted to speak to the Sergeant,
14 and if we can turn the tape off and go from there.
15     Q.   And what did you understand that to
16 mean, to turn the tape off?
17     A.   To basically halt the booking
18 procedure.
19     Q.   And what did the sergeant say?
20     A.   I'm not sure what the events were,
21 but eventually there was -- there was conversations
22 between the sergeant and the different individuals
23 from the different train localities.
24     Q.   And what was said in those

### Page 68

1  conversations?
2      A.   I don't have any direct recollection.
3  I wasn't --
4      Q.   You have no idea what they were
5  talking about?
6      A.   I didn't get involved with any of the
7  conversations, ma'am.
8      Q.   Well, to your knowledge, did anything
9  happen as a result of those conversations?
10     A.   There was many conferences going on
11 at the same time.
12     Q.   Were you a part of any of those
13 conferences?
14     A.   I was not.
15     Q.   Did you listen in to any of those
16 conferences?
17     A.   No. Some were made with the chief in
18 one part of the building. Some were made with -- I
19 think maybe Lieutenant Patterson, who's in charge
20 of the criminal bureau. Some might have been with
21 Sergeant Stamatis. There was all different things
22 going on at the same time.
23     Q.   Do you have any idea why those
24 conversations were being had?

### Page 69

1      A.   Just trying to get a -- just get a
2  full understanding on what exactly happened and
3  what is going to happen.
4      Q.   What was Mr. Joseph doing during
5  these conversations?
6      A.   I think at one point he was brought
7  into the bail room to have a conversation with
8  somebody from the train.
9      Q.   Why, if you know?
10     A.   I think just to try to see if the
11 train official could try to get Mr. Joseph to help
12 cooperate so we can possibly resolve the matter.
13     Q.   Was he not being cooperative?
14     A.   That's why he was under arrest.
15     Q.   For not being cooperative?
16     A.   Not giving us any information.
17     Q.   Okay. Well, when the train officials
18 got there, you certainly knew he was, in fact, an
19 engineer, correct?
20     A.   I would say at that point, he was.
21     Q.   And you learned his name at that
22 point?
23     A.   At some point, I think we found his
24 license in his wallet.

18 (Pages 66 to 69)

**PASQUALE M. IAPICCA**
**May 23, 2005**

Page 70

1  Q. So now you knew his identity?
2  A. Yes.
3  Q. And how else could he cooperate at
4  that point?
5  A. I don't understand the question.
6  Q. Well, you said that you were trying
7  to get him to be cooperative.
8  A. I believe I said that the -- I
9  asked -- the train officials were trying to get him
10 to cooperate.
11 Q. In what way were they trying to get
12 him to cooperate, if you know?
13 A. They were having a conversation and
14 trying to answer the questions.
15     MR. KESTEN: If you know. Were you
16     there?
17     THE WITNESS: I was not.
18     MR. KESTEN: Try not to speculate.
19     Don't guess as to what was going on in
20     there. The question is what you were aware
21     of at the time.
22     THE WITNESS: Okay. Thank you.
23 Q. (By Ms. Hedges) Well, was Mr. Joseph
24 continuing to not be cooperative?

Page 71

1  A. Again, I wasn't in a conversation
2  with the train officials.
3  Q. Okay. Well, here he was; he was
4  under arrest; he had been charged with disorderly.
5  I'm just trying to understand, if you know, why was
6  it necessary to continue to have conversations?
7  A. Because we needed to finish the
8  booking?
9  Q. Well, was there -- was Mr. Joseph
10 doing something that was rendering that difficult?
11 A. Yes. Not answering a simple
12 question.
13 Q. Was he not answering questions, even
14 after the train officials arrived?
15 A. I'm not sure if we got any more of
16 the information during that booking process.
17 Q. Well, what else did you need to know
18 from him that he wasn't -- that you weren't able to
19 learn after the train officials arrived?
20 A. I'm not sure! I wasn't conducting
21 the actual booking process.
22 Q. But you knew what was going on,
23 correct?
24 A. Yes and no.

Page 72

1  Q. So you had no idea why these
2  continuing conversations were going on after Mr.
3  Joseph was there and after you had basic
4  information from him?
5  A. That's correct.
6  Q. So you wrote a report regarding this
7  incident, is that correct?
8  A. Yes, ma'am.
9  Q. When did you write your report?
10 A. Later on in the shift.
11 Q. What time?
12 A. I don't know. 12:00, 12:30, one
13 o'clock, something like that.
14 Q. Just backing up a little bit, had you
15 obtained any information from any passenger
16 witnesses while you were on the scene?
17 A. Yes, ma'am.
18 Q. And when had you done that?
19 A. When we started to walk off the
20 train, one of the passengers put their hand up to
21 stop me.
22 Q. And did you ask that passenger their
23 name?
24 A. They handed me a business card and

Page 73

1  said that if I needed any witness statements or
2  needed any type of information, that they saw the
3  whole incident.
4  Q. Did they say anything else?
5  A. I asked them -- I wrote, on the back
6  of their card, their home phone number, and they
7  happened to be a Reading resident.
8  Q. And did they say anything else?
9  A. That he was an attorney.
10 Q. What was his name?
11 A. I don't recall, without looking at my
12 notes.
13 Q. Did you ask him if he had ever seen
14 that engineer before?
15 A. I did not.
16 Q. Did you ask any of the passengers
17 whether -- at any point -- whether or not they had
18 ever seen that engineer before?
19 A. No, ma'am.
20 Q. I'm going to show you a document
21 right now, and I'm going to ask you to look at the
22 first three pages of that document. The document
23 says, "Police Officer's Formal Report," at the top.
24 A. Police Officer what, ma'am?

19 (Pages 70 to 73)

**CATUOGNO COURT REPORTING SERVICES**
Springfield, MA   Worcester, MA   Boston, MA   Lawrence, MA   Providence, RI

### Page 78

1    attention to the first paragraph on the third page
2    of the report.
3        A.    What was the question again?
4        Q.    In your report you indicate that he
5    was resisting; is that correct?
6        A.    He was resisting walking, yes.
7        Q.    Now, in the last paragraph of your
8    report you indicate that based upon several
9    factors, Mr. Joseph was released to the train
10   officials. What factors were those?
11       A.    You'd have to ask the chief of
12   police.
13       Q.    Well, you allude to "several
14   factors," correct?
15       A.    That's correct.
16       Q.    But did you know, when you wrote
17   that, what factors those were?
18       A.    You'd have to ask the chief of
19   police.
20       Q.    So you didn't know what factors when
21   you wrote the report?
22       A.    Something transpired to have him walk
23   out the front door.
24       Q.    Do you know what transpired?

### Page 79

1        A.    I was not privy to that conversation.
2        Q.    Did you have any idea what those
3    factors were when you referred to the factors in
4    the last paragraph of your report?
5        A.    I don't have direct knowledge on what
6    the conversations were between -- the only person
7    that could let him walk out the front door would be
8    the chief.
9        Q.    Did you later learn why he was
10   allowed to walk out the front door?
11       A.    I don't have any answer for that. I
12   don't know.
13       Q.    So the answer is no?
14       A.    That's true.
15       Q.    And was there an investigation into
16   this incident after the incident?
17       A.    I don't understand.
18       Q.    Well, was there any follow-up
19   investigation done into the incident?
20       A.    By whom? I don't know.
21       Q.    By the chief, by internal affairs, by
22   anyone.
23       A.    There probably was.
24       Q.    Did anyone interview you about the

### Page 80

1    incident, from the department?
2        A.    I spoke with -- we did have a
3    debriefing on the incident with the chief.
4        Q.    And who was present for that
5    debriefing?
6        A.    My best recollection was the chief,
7    Lieutenant Cloonan, he's the executive officer,
8    Sergeant Russell, and the rest of the members that
9    were working the shift. I forget whether Officer
10   Frederick was there or not, but I -- but as far as
11   I recall, Officer Lentini, myself, Officer
12   Frederick, Officer Voegelin.
13       Q.    When was that meeting?
14       A.    That was in the morning, a day or two
15   I think after the incident.
16       Q.    And had you been told what the
17   subject matter was for the meeting beforehand?
18       A.    That we were going to discuss the
19   train incident.
20       Q.    And so you all sat in a room and
21   talked about what had happened?
22       A.    Yes.
23       Q.    Were there any people who weren't
24   from the police department present at that meeting?

### Page 81

1        A.    I don't believe so.
2        Q.    No insurance carriers?
3        A.    Not that I recall.
4        Q.    And what happened during that
5    meeting; what did you discuss?
6        A.    Best I recall, just a -- what we saw
7    as the chain of events that happened in the
8    incident.
9        Q.    Were you asked questions about --
10   were you personally asked questions by the chief?
11       A.    Basically just -- it was more of a
12   "tell our story," and that was it. It wasn't a
13   question-and-answer session.
14       Q.    Now, what's the chief's name?
15       A.    Presently?
16       Q.    At the time of this incident, what
17   was the chief's name?
18       A.    Robert J. Silva.
19       Q.    And was this the same chief that you
20   had had disagreements with in the past?
21       A.    Yes, ma'am.
22       Q.    Were you frustrated that he had let
23   the guy walk out the front door?
24       A.    Yes, ma'am.