# EXHIBIT 5

**BRUCE F. RUSSELL**
**May 23, 2005**

Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

C.A. No. 04-11421-JLT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

JOEY JOSEPH,　　　　　　　　　　　　　　　\*

　　　　Plaintiff,　　　　　　　　　　　\*

v.　　　　　　　　　　　　　　　　　　　\*

OFFICER IAPICCA, OFFICER LENTINI,　　\*

OFFICER RUSSELL, OFFICER VOEGELIN,　 \*

AND THE TOWN OF READING,　　　　　　　\*

　　　　Defendants.　　　　　　　　　　 \*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*


DEPOSITION OF BRUCE F. RUSSELL


HRONES, GARRITY & HEDGES, L.L.P.

Lewis Wharf - Bay 232

Boston, Massachusetts


May 23, 2005　　　　2:30 p.m.



Jonathan P. Lodi

Registered Professional Reporter

# BRUCE F. RUSSELL
## May 23, 2005

### Page 10

1  A. Not before it. There was additional
2  training after the promotion.
3  Q. Did you have to take any exam before
4  being promoted?
5  A. Yes.
6  Q. The sergeant's exam?
7  A. Yes.
8  Q. Did you take it more than once?
9  A. I took a sergeant's exam in Everett.
10 I took the sergeant's exam in Reading once.
11 Q. And since that promotion in 1985,
12 have you had any additional promotions?
13 A. No.
14 Q. What are your duties as a sergeant?
15 A. Presently I'm a day sergeant, so I'm
16 in charge of the day shift. And if there's a
17 lieutenant working, which isn't all the time, I'm
18 usually the straight supervisor.
19 Q. At the time of this incident, where
20 were you assigned as a sergeant?
21 A. I was assigned, at the time, as the
22 station supervisor until the lieutenant came in;
23 he was a little bit late that day. When he would
24 come in, I would go out.

### Page 11

1  Q. And when did he come in that day?
2  A. 9:30.
3  Q. What time was he supposed to come in?
4  A. 8:00.
5  Q. And so did you wait for him that day?
6  A. No. In terms of, he --
7  Q. Did you leave before 9:30?
8  A. No. We both worked the same hours,
9  same shift.
10 Q. Did you go out -- did you leave the
11 station before 9:30 on that day?
12 A. Yes.
13 Q. Why did you leave?
14 A. Because of the train accident at the
15 depot.
16 Q. How did you first learn there had
17 been a train accident at the depot?
18 A. I heard it from dispatch.
19 Q. Where were you when you heard it?
20 A. In the sergeant's room, which is
21 adjacent to the dispatch office.
22 Q. And why did you decide to leave?
23 A. It sounded like it was going to
24 possibly be a fatality or a serious accident, so I

### Page 12

1  wanted to be on the scene.
2  Q. Was there not a street supervisor on
3  the street while you were at the station waiting
4  for the lieutenant?
5  A. There was not.
6  Q. So what did you do after you left the
7  station?
8  A. I proceeded to the train station.
9  Q. And if you could, describe what
10 happened from the time you arrived at the train
11 station to the time you left the train station
12 inasmuch detail as you can remember?
13 A. I heard, on the way down, that there
14 was confusion as to the exact location of the
15 injured person. As I was going down there, it was
16 finally determined that the woman was underneath
17 the train, on the Lincoln Street side of the train
18 station, so I went to that area.
19     When I pulled up at the depot, at the
20 train station, I had to park almost in the street
21 because there was so much parking by the fire
22 department, et cetera. Very congested area. So I
23 got out of the cruiser and proceeded to head up to
24 the platform at the train station.

### Page 13

1      When I got to the top of the
2  platform, I noticed a large number of commuters,
3  and I was -- I next saw the fire department at the
4  end of the first car of the train, trying to take a
5  -- it looked like they were trying to take a
6  person, a female, out from underneath the train.
7  That's the location that I went to first.
8  Q. What did you do after that?
9  A. I was trying to get my bearings on
10 the platform and keep as many people away from the
11 fire department as possible, because I had heard,
12 at the time, they were attempting to get a
13 Med-Flight chopper and also extricate the woman at
14 the time. So it was so crowded on the platform, I
15 was trying to keep a lot of the people away.
16     A minute or two after I had arrived,
17 Officer Frederick approached me and said that he
18 was trying to get some information for his report
19 on the accident and he was having a difficult time
20 with the operator of the train. At that point in
21 time, I believe Officer Iapicca was there also.
22     I asked Officer Frederick where the
23 operator was, and he pointed to the front of the
24 train. I was at the back of the front car. The

4 (Pages 10 to 13)

## CATUOGNO COURT REPORTING SERVICES
Springfield, MA   Worcester, MA   Boston, MA   Lawrence, MA   Providence, RI

Page 14

1 operator was at the front of that front car. I
2 says, Well, let me go talk to him. We went over to
3 the front of the car, I yelled up to -- I found out
4 later on it was Mr. Joseph -- I yelled up to this
5 person who was at the window at the front of the
6 train with the train running, a lot of people in
7 the area, so we had a -- we had to yell, the --
8 from the platform up to the window.
9     I asked him for any information; he
10 said he would not give me any information. I asked
11 him to step out of the cab; he would not come out
12 of the cab. I informed him at that time that if he
13 didn't provide the information, he would be -- he
14 could be arrested for disorderly. He mentioned to
15 me if you're going to -- if you want me, you're
16 going to have to come up and get me.
17     At that point, with the train still
18 running, the large number of people in the train,
19 off the train, on the platform, and a large number
20 of people underneath the train, my decision was to
21 have the officers take the person off the train; in
22 other words, take the person in.
23     Q.   Did you tell them to take the person
24 in?

Page 15

1     A.   Yes.
2     Q.   What did you say?
3     A.   What did I say?
4     Q.   Yes.
5     A.   After Mr. Joseph stated that, If you
6 want me, you're going to have to come up and get
7 me, I told the officers to take him in.
8     Q.   Then what happened?
9     A.   The officers went into the train, up
10 through the stairs on the end of the first car. I
11 believe it was all four of them. I followed them
12 up a couple of steps as they walked through the
13 aisle to the front of the train. I was right at
14 those stairways, observing the inside of the train
15 and the fire department, which was -- the fire
16 department personnel were right below that
17 stairway, towards the front, so I was trying to
18 keep an eye on both.
19     Q.   Go ahead.
20     A.   As the fire department personnel
21 worked to free the woman from the train, I noticed
22 the officers were down the aisle of the train,
23 coming forward with Mr. Joseph, trying to take him
24 off the train. As he came to the end of the -- as

Page 16

1 he had came to the end of the car, they -- we
2 couldn't get him down the stairway because there
3 were too many personnel, too many fire department
4 personnel at that stairway, and I believe I told
5 them to go back up and come down the next stairway,
6 which is what they did.
7     Q.   Then what happened?
8     A.   The fire department freed the woman.
9 The last I saw of Mr. Joseph, he was being escorted
10 to the cruiser, and commuters were coming in and
11 off the train and trying to find out exactly what
12 was going on and how long a delay it would be, et
13 cetera. A lot of different things were going on at
14 the same time.
15     Q.   And then what happened?
16     A.   The next thing that I recall is that
17 I was called on the radio to telephone the station.
18 Now, that -- I don't know what the exact time frame
19 from one to the next would be, but I recall the
20 next thing was to call the station. I called the
21 station on my cell phone, spoke to Sergeant
22 Stamatis, and he relayed concerns about the
23 bringing in of the train operator.
24     Q.   What were his concerns?

Page 17

1     A.   He was concerned that the failing to
2 submit charge would only apply to a Chapter 90,
3 Motor Vehicle. I relayed to Sergeant Stamatis
4 that, worst case, we'll charge him with disorderly,
5 if the failing to submit doesn't apply in that
6 case; but that the worst situation would be
7 disorderly conduct.
8     Q.   And how did he respond?
9     A.   On the telephone he was fine. I
10 believe he said, I'll see you when you come in.
11     Q.   And did you go to the station?
12     A.   Yes.
13     Q.   What happened when you arrived at the
14 station?
15     A.   When I came into the station, I was
16 met by the chief, Chief Silva, and Sergeant
17 Stamatis. And the chief asked me what the
18 circumstances were on the situation.
19     Q.   I'm just going to go back a little
20 bit. When you called the station on your cell
21 phone, why did you use your cell phone?
22     A.   I think the reason I used the cell
23 phone was because Sergeant Stamatis asked me to
24 give him a phone call.

**BRUCE F. RUSSELL**
**May 23, 2005**

Page 18

1  Q.  Is there any reason he would ask you
2  to use your phone to call, as opposed to using a
3  radio?
4  A.  It's quicker. We have a direct line
5  that goes right into the -- we call it the brass
6  room. It's the sergeant's room.
7  Q.  When you first saw Officer Frederick,
8  what did Officer Frederick tell you was going on
9  with respect to the engineer?
10  A.  He told me that he was uncooperative
11  and would not give him any information at all for
12  his accident report.
13  Q.  And did Officer Frederick refer to
14  him as the engineer?
15  A.  No. I believe he referred to him as
16  the train operator.
17  Q.  And what did Officer Iapicca tell you
18  regarding the train operator?
19  A.  Pretty much the same thing.
20  Q.  And did he -- how did he refer to it?
21  A.  I don't recall. I don't recall what
22  he said. I don't recall "engineer." Could have
23  been "driver," "operator." "Operator" is what
24  sticks in my mind, as who this person was being

Page 19

1  referred to as.
2  Q.  Did they indicate to you that there
3  was anyone else in the front cab of the train?
4  A.  No.
5  Q.  Had you located the conductor of the
6  train at any time?
7  A.  When I was talking to Mr. Joseph on
8  the platform, there was a person standing there
9  with a train uniform on which -- I don't know if he
10  was the conductor or not. And I really didn't -- I
11  didn't really know who he was. I assumed he worked
12  for the train because he had the uniform on,
13  although the person up in the compartment didn't
14  have the uniform on. So I would assume, if he was
15  the conductor -- he was probably the conductor. I
16  don't know.
17  Q.  So you didn't talk to him?
18  A.  I think I asked him something as I
19  was talking to Mr. Joseph. I said, Is he all
20  right. And the person with the train uniform on
21  said, I don't know.
22  Q.  Was this while Mr. Joseph was still
23  in the cab?
24  A.  Yes.

Page 20

1  Q.  So when you initially had a
2  conversation with Mr. Joseph, he was in the cab and
3  you were on the platform, correct?
4  A.  Correct.
5  Q.  And it was noisy?
6  A.  Yes.
7  Q.  And had you asked him to get out of
8  the cab?
9  A.  Yes.
10  Q.  And how did he respond?
11  A.  He said he was not coming out of the
12  cab.
13  Q.  Did he tell you why?
14  A.  No.
15  Q.  Did he make any mention of his
16  supervisors?
17  A.  No.
18  Q.  Okay. When you asked him -- what
19  information did you ask for?
20  A.  I told him that we needed his
21  identification; we needed to know who he was, for
22  the -- to complete the accident report. And he
23  stated -- he yelled, actually -- that he was not
24  going to give any information. Then I believe I

Page 21

1  asked him to step from the cab or from the train,
2  and he said, No. And I says, If you don't
3  cooperate, you could be arrested for disorderly
4  conduct. And he said, If you want to, you're going
5  to have to come up and get me.
6  Q.  Okay. And you specifically mentioned
7  disorderly conduct?
8  A.  Yes. I believe I said disorderly.
9  Q.  And what was disorderly about his
10  conduct?
11  A.  As I saw the situation unfolding at
12  the station, I felt that he was contributing to a
13  very dangerous situation. He was creating a lot of
14  fear, a lot of alarm, a lot of noise, a lot of
15  commotion. There was a hazardous situation if he
16  moved the train, if the train backed up or went
17  forward, a lot of people underneath the train, the
18  woman was still under there, he was yelling, he was
19  defiant. I thought he was arrogant, uncooperative.
20  And I thought he was contributing to a very
21  volatile situation.
22  Q.  When you directed the officers to
23  place him under arrest, did you tell them why you
24  were directing them to place him under arrest?

6 (Pages 18 to 21)

**CATUOGNO COURT REPORTING SERVICES**
Springfield, MA    Worcester, MA    Boston, MA    Lawrence, MA    Providence, RI

**BRUCE F. RUSSELL**
**May 23, 2005**

### Page 22

1  A. I didn't tell them the exact charge.
2  Is that what you mean? No. I said, Just take him
3  in.
4  Q. When you first observed him, can you
5  describe his demeanor? When you first observed Mr.
6  Joseph. I'm sorry.
7  A. Well, as I was approaching the front
8  of the train, I looked up, and he was at the
9  window. And he seemed okay the instant I saw him.
10 He seemed like he was just sitting at the window.
11 As I asked him a couple of questions, his demeanor
12 changed totally. Like I just said, he became
13 uncooperative. I used the word "defiant." I
14 thought he was arrogant. I thought he was -- I
15 really didn't know what to think, there was so much
16 going on at the time. And I just felt that the
17 situation there had to be -- had to be contained,
18 had to be stabilized, which is --
19 Q. So you dealt with his defiance by
20 arresting him?
21 A. No. I tried to -- well, I tried to
22 get him off, tried to get him to be cooperative.
23 When there was nothing we could do, or I could do,
24 at that point, I decided to arrest him to contain

### Page 23

1  the situation, to contain that part of the
2  situation, and then we can deal with the rest of
3  it, the injured woman, et cetera, the crowds,
4  whatever.
5  Q. So when you went up onto the train to
6  participate in the arrest, were there passengers in
7  the car?
8  A. Yes.
9  Q. Could they hear the conversation that
10 was going on between you and the engineer?
11 A. I believe they could, yes.
12 Q. But you were just trying to get
13 information from him to do an accident report?
14 A. I was trying to get information from
15 him so that Officer Frederick could complete his
16 report. I was trying to help, you know, the
17 officers, and trying to determine exactly what the
18 problem was, why they couldn't get, you know,
19 contain it or finish it.
20 Q. When you got to the cab, did you have
21 any conversation with Mr. Joseph about waiting for
22 his supervisor?
23 A. No.
24 Q. You never mentioned his supervisor?

### Page 24

1  A. No.
2  Q. Did he mention to you anything about
3  not wanting to leave the cab?
4  A. Well, I asked him to step out of the
5  cab, and he refused.
6  Q. Did he tell you why he was refusing?
7  A. No.
8  Q. Was the train running at that time?
9  A. Oh, yeah.
10 Q. And did you have any concerns about
11 the security of the train?
12 A. In terms of it moving, yes.
13 Q. So you left the train running with no
14 engineer, and took the engineer out of the cab?
15 A. Well, assuming, at the time, that he
16 is the engineer, which we're doing, I felt it was
17 safer to take him out of there than to leave him
18 there.
19 Q. Did you assist in taking Mr. Joseph
20 off the train?
21 A. No.
22 Q. Where were you as he was being taken
23 off the train?
24 A. Up a couple of steps from the rear

### Page 25

1  entrance to the first car. I was in between -- I
2  came up a couple steps so I could look down the
3  aisle of the train and still see outside, as to
4  what was going on with the woman that was under it.
5  Q. So the officers and Mr. Joseph were
6  coming towards you?
7  A. Yes.
8  Q. And did they just walk directly
9  toward you?
10 A. Yes.
11 Q. Okay. Who was escorting Mr. Joseph?
12 A. I believe it was Officer Voegelin,
13 Lentini and Iapicca.
14 Q. And did you notice any conversations
15 while they were walking out of the train?
16 A. No. The only conversation I heard
17 was prior to them coming down. I thought he
18 mentioned that he thought the handcuffs were tight.
19 Q. What did he say?
20 A. He said that the handcuffs were
21 tight. That's pretty much what he said.
22 Q. Okay. Was he screaming that?
23 A. No. I could hear him at the end of
24 the train, but he wasn't screaming it.

7 (Pages 22 to 25)

**CATUOGNO COURT REPORTING SERVICES**
Springfield, MA    Worcester, MA    Boston, MA    Lawrence, MA    Providence, RI

**BRUCE F. RUSSELL**
**May 23, 2005**

Page 26

1  Q. And what did you observe as he was
2  saying that, if anything?
3  A. The officers -- I think I heard
4  Officer Iapicca say that the handcuffs were okay.
5  And then they moved down the train.
6  Q. And you mentioned that you told them
7  to come down another set of steps. Did that
8  require them walking through an additional car?
9  A. I thought they did. I know that they
10 were trying to come down a stairway that I was on,
11 and there was no way that they were going to make
12 it through because the -- there were too many fire
13 personnel right below. That's why -- pretty
14 much -- why I was still a couple of steps up. But
15 I believe they had to just step -- I mean, you know
16 how close train cars are. I believe they just had
17 to step into one car, and then that set of
18 stairways is right beside the other one.
19 Q. Were you on your radio with dispatch
20 during the arrest of Mr. Joseph?
21 A. I was on the radio a few times during
22 the event. You know, I don't know -- do you mean a
23 specific --
24 Q. During the arrest.

Page 27

1  A. No.
2  Q. Would you describe the scene as
3  chaotic?
4  A. Yes.
5     MR. KESTEN: Good word.
6     THE WITNESS: Very much.
7  Q. (By Ms. Hedges) Would you describe
8  the scene as emotions were running high?
9  A. Yes.
10 Q. Were your fellow police officers
11 getting frustrated with Mr. Joseph?
12 A. I wouldn't say frustrated. I
13 wouldn't use the word frustrated. I think that
14 they were -- Officer Frederick, who initiated the
15 report, I think was more aggravated; he was more
16 annoyed that he -- that he couldn't get basic
17 information which would have completed his part of
18 that mission. That's all he was looking -- had to
19 do to complete his part of it. The basic call was
20 an accident.
21 Q. Well, did any of the officers say to
22 you, This guy's a real jerk?
23 A. No.
24 Q. Did they refer to him in any other

Page 28

1  derogatory way?
2  A. Not that I recall.
3  Q. Okay. Once he was taken off the
4  train and being taken to the station, did you have
5  any second thoughts about having done that?
6  A. No.
7  Q. What happened once you arrived at the
8  station?
9  A. When I arrived into the station, I
10 was met by Sergeant Stamatis and the chief.
11 Q. And did you have a conversation with
12 them?
13 A. Yes. The chief wanted to know
14 exactly what was going on down at the scene or what
15 happened at the scene.
16 Q. And what did you tell him?
17 A. I told him that we had had a woman
18 that was struck by a train, she was trapped under
19 the train, the officers were there trying to
20 complete an accident report, gather their
21 information, it was during the morning rush hour,
22 that there were a lot of people that were, I
23 thought, terrified, scared, confused, that we were
24 having difficulty getting any information from the

Page 29

1  operator of the train, that I spoke to the operator
2  personally, formed the opinion that he was creating
3  a very hazardous/very dangerous situation by his
4  behavior, and made a decision to place him under
5  arrest to get him out of the scene.
6  Q. And how did the chief and Sergeant
7  Stamatis respond?
8  A. There was a question from the
9  sergeant; there was a question, as to the legality
10 of the charge of failing to submit. And it was
11 explained and discussed that it was primarily a
12 Chapter 90 charge. And I told the chief that in my
13 opinion he should be arrested for disorderly.
14 Q. When you say, "Chapter 90 charge,"
15 you mean a motor vehicle charge?
16 A. Yes.
17 Q. And how had the sergeant learned that
18 he was being arrested for failure to submit, if you
19 know?
20 A. How did Sergeant Stamatis --
21 Q. Yes.
22 A. I believe that was put out on a radio
23 call from Officer Iapicca over the radio.
24 Q. And did you argue with him that he

8 (Pages 26 to 29)

**CATUOGNO COURT REPORTING SERVICES**
Springfield, MA   Worcester, MA   Boston, MA   Lawrence, MA   Providence, RI

**BRUCE F. RUSSELL**
**May 23, 2005**

Page 34

1  again.
2  (Pause.)
3  MS. HEDGES: Back on the record.
4  Q. (By Ms. Hedges) So is -- is the
5  voice that's asking, What do we have the guy under
6  arrest for, on the tape --
7  A. That's --
8  Q. -- who is that?
9  A. Sergeant Stamatis.
10  Q. Is it fair to say after that there's
11  a long pause?
12  MR. KESTEN: Jessica, can't we just
13  have him listen to the tape? I mean, to
14  have him guess at what happened --
15  THE WITNESS: I think if there is a
16  pause there, I think it's because I might be
17  out of breath from what's going on around
18  me. That could be it.
19  Q. (By Ms. Hedges) But you -- in the
20  call, as you've testified, you state that you could
21  go with disorderly, but also how about --
22  MR. KESTEN: That's not what he says.
23  Listen to the words. The words are, Worst
24  case, I think. You can just listen to it.

Page 35

1  But whatever it says, is what it says. Go
2  ahead. I'm sorry.
3  Q. (By Ms. Hedges) But is it fair
4  enough to say that at that point you were debating
5  what to charge him with?
6  A. Not in my mind.
7  Q. But when you say how about refusing
8  to -- what were you referring to at that time?
9  A. What I had heard on the radio.
10  Q. So you meant refusing to submit?
11  A. Yes.
12  MS. HEDGES: Okay. We can go off the
13  record. I'm going to play you another
14  portion.
15  (Pause.)
16  MS. HEDGES: Back on the record.
17  Q. (By Ms. Hedges) So you were
18  frustrated with the guy, is that fair enough to
19  say?
20  A. Well, I wouldn't say frustrated. I
21  have a problem with that word. I would say
22  aggravated.
23  Q. But on the tape, in the call, you
24  referred to him as a shit head?

Page 36

1  A. Right.
2  MS. HEDGES: We can go off the
3  record.
4  (Pause.)
5  MS. HEDGES: Back on the record.
6  Q. (By Ms. Hedges) Now, the individual
7  on the tape who's referring to a train not being a
8  motor vehicle, and I think we should kick him
9  loose, that's Sergeant Stamatis who's speaking
10  there?
11  A. Yes.
12  MS. HEDGES: We can go back off the
13  record.
14  Q. (By Ms. Hedges) Okay. And then,
15  right after Sergeant Stamatis is speaking, is that
16  you that says, All right, I would go with
17  disorderly?
18  A. That is my voice, yes.
19  Q. And what did you mean when you said
20  people were terrified on that train?
21  A. Well, they were terrified for -- they
22  were very afraid for a number of reasons: There
23  was a woman under it; very large gathering of
24  commuters; very busy; probably the busiest time of

Page 37

1  the day; the Reading Police Department is down
2  there; people are -- supposedly, the person that's
3  driving the train is yelling from the compartment,
4  refusing to identify anyone, himself; there was a
5  large number of fire department personnel and
6  they're calling for a helicopter. It was a very --
7  to the average commuter, it was a very terrifying
8  experience.
9  Q. But the reasons people were terrified
10  had nothing to do with the fact that -- it had
11  nothing to do with Mr. Joseph's conduct?
12  A. I think he contributed to it.
13  Q. So you think he had a threatening
14  presence to the commuters on the train?
15  A. Yes.
16  Q. Did you talk to any of the commuters
17  on the train?
18  A. Briefly. I talked to -- a couple of
19  comments were made.
20  Q. And did any of them indicate to you
21  that they were threatened by Mr. Joseph's conduct?
22  A. One mentioned that they thought -- he
23  thought the train was going too fast into the
24  station. Another person mentioned that there was

10 (Pages 34 to 37)

Case 1:04-cv-11421-JLT   Document 27-6   Filed 10/26/2005   Page 9 of 10

**BRUCE F. RUSSELL**
**May 23, 2005**

Page 38

1  -- the horn wasn't sounded until very late. A lot
2  of comments.
3      Q.   So when you were thinking about what
4  to charge him with, were you concerned about his
5  conduct after the train had stopped, or were you
6  also thinking the disorderly arose out of his
7  conduct while he was driving the train?
8      A.   In my mind, his conduct for the
9  disorderly was occurring as I was talking to him.
10 I thought that, as I spoke to him, the events that
11 led -- probably led -- up to that situation and
12 were continuing at the time -- that, in my mind,
13 developed those elements.
14     Q.   Okay. But when you were referring to
15 people being terrified, there was nothing about his
16 conduct, after the train had stopped, which led you
17 to believe he was scaring people on the train?
18     A.   Well, I believed that he was because
19 he had to be taken out of there by a police
20 department.
21     Q.   Well, that was about a choice the
22 police department had made, correct?
23     A.   Well, it basically is a choice that I
24 made. And I feel that people -- whenever somebody

Page 39

1  is led out of a situation like that in handcuffs, I
2  think the average person is going to be a little
3  bit alarmed.
4      Q.   Right. People are alarmed when
5  police arrest someone?
6      A.   Right.
7      Q.   But that alarm arose after you had
8  made the decision to arrest him, correct?
9      A.   I think before and after. I don't
10 blame the police department for creating any alarm
11 down there. I think the police department are
12 responding; they're reacting, and people may be
13 alarmed at the time. But the police are responding
14 to stabilize and to create a safer situation, so --
15     Q.   Okay. Well, I guess my question is
16 this: What, about Mr. Joseph's conduct, was
17 scaring people before he was under arrest and after
18 the train had stopped?
19     A.   His yelling out the window, his
20 refusing to identify himself, his refusing to step
21 from the train. There were a number of commuters
22 on the platform around me as I was talking to Mr.
23 Joseph up in the -- his window -- so there are a
24 number of people on the platform and on the train

Page 40

1  that I know could see and hear him, because I was
2  right there and they were right around me. So I
3  think that his -- I call it defiance -- would
4  contribute to people being terrified; I believe it
5  did.
6      Q.   Did anyone indicate to you that they
7  were terrified?
8      A.   There wasn't time for anyone to come
9  up and tell me that they were, but the looks on
10 their faces, and a lot of them were on telephones,
11 and -- I could tell.
12     Q.   Well, people were upset; they thought
13 a woman had just been hurt by a train, correct?
14     A.   Right, yes.
15     Q.   So nothing about their -- the looks
16 on their faces -- strike that.
17         It's fair enough to say people were
18 generally upset?
19     A.   Yes.
20     Q.   And there was nothing which led you
21 to believe that anything specific about Mr.
22 Joseph's conduct led them to be upset?
23     A.   I wouldn't agree with that. I think
24 that he did contribute to it.

Page 41

1      Q.   But you can't point to any specifics,
2  correct?
3      A.   I can say specifically that his
4  demeanor and his yelling and his refusal to
5  cooperate did.
6      Q.   Well, that was upsetting to you?
7          MR. KESTEN: You know, there's no
8  jury here.
9          MS. HEDGES: Well, I'm asking
10 questions.
11         THE WITNESS: It was upsetting to me.
12         MR. KESTEN: You're not asking
13 questions. You're arguing with the man:
14 The man has told you what he thinks; you
15 keep saying it's not true; he could say it
16 is true. How long are you going to argue
17 with him?
18         MS. HEDGES: Okay. Thank you for the
19 lesson.
20         MR. KESTEN: It's not a lesson.
21         MS. HEDGES: Okay. Go ahead.
22         THE WITNESS: I think I was finished.
23 I do think he contributed to that situation.
24     Q.   (By Ms. Hedges) Okay. Did you take

11 (Pages 38 to 41)

**CATUOGNO COURT REPORTING SERVICES**
Springfield, MA   Worcester, MA   Boston, MA   Lawrence, MA   Providence, RI

**BRUCE F. RUSSELL**
**May 23, 2005**

Page 46

1  A. Well, I would believe they'd be
2  called because it was their train.
3  Q. Did you have any further
4  conversations with Mr. Joseph after booking?
5  A. The only thing I can recall speaking
6  to Mr. Joseph about was when he was walking out of
7  the police station with one or two of the officials
8  or his union friends or -- I really don't know who
9  they were.
10 Q. And what was said?
11 A. I told him that when we were down
12 there we were just trying to help everybody out and
13 it would have been a lot easier if he just
14 identified himself.
15 Q. And how did he respond?
16 A. He agreed.
17 Q. What did he say specifically?
18 A. He nodded.
19 Q. Did he say anything else?
20 A. No.
21 Q. Did you ask Mr. Joseph if he had a
22 license to operate the train?
23 A. No.
24 Q. Did you continue to have

Page 47

1  conversations, while at the station, with Sergeant
2  Stamatis, after the law book scenario, regarding
3  the charge?
4       MR. KESTEN: You mean after that
5  first conversation?
6       MS. HEDGES: Yes.
7       MR. KESTEN: And then he comes out
8  and --
9       MS. HEDGES: Yes.
10      MR. KESTEN: Any more after that?
11      THE WITNESS: No.
12 Q. (By Ms. Hedges) Was there, to your
13 knowledge, an investigation into this incident?
14 A. By the Reading Police Department?
15 Q. Yes.
16 A. I don't know.
17 Q. Okay. I should have been more clear.
18     After the detention of Mr. -- the
19 arrest of Mr. Joseph -- was there an investigation
20 into that arrest by internal affairs or by the
21 chief or anyone else?
22 A. I believe there was.
23 Q. And were you questioned in connection
24 with that?

Page 48

1  A. No.
2  Q. Well, did you attend a debriefing
3  meeting?
4  A. Yes.
5  Q. And other than police officers from
6  the department, were there any other individuals
7  there?
8  A. No.
9  Q. But you were never questioned?
10 A. No.
11 Q. To your knowledge, did any citizens
12 make complaints about the arrest of Mr. Joseph?
13 A. There was one that the chief
14 mentioned about a woman that had called. He
15 briefly mentioned it to me, and he said it was
16 resolved. He said that there was a woman that
17 thought it was -- I forget the term he used. But
18 she was upset about the whole matter, and he spoke
19 to her, and it was resolved. That's the only one
20 that I ever heard of.
21 Q. Did he mention that complaint at the
22 debriefing meeting?
23 A. No.
24 Q. You filled out a report about this

Page 49

1  incident?
2  A. Yes.
3  Q. Did you fill out more than one
4  report?
5  A. No.
6  Q. Okay. I'm going to show you a
7  document, and ask you if you recognize it. I'm
8  actually going to show you two documents. And they
9  both say, at the top, "Reading Police Department."
10 And on one of them, at the bottom of the page,
11 there's a signature. And on the other, at the
12 bottom of the page, it says, "Sergeant Bruce
13 Russell."
14     Can you tell me if you recognize
15 those documents?
16 A. It looks like -- yes, they are my
17 report.
18 Q. But are there differences between the
19 two reports?
20 A. One of them -- yes. One of them is
21 the original, which I probably started on the day
22 of the event.
23 Q. And that's the one with the typed
24 signature at the bottom of the page?

13 (Pages 46 to 49)