UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOEY JOSEPH )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>Officer P. IAPICCA, Officer LENTINI, )<br>Officer RUSSELL, Officer VOEGELIN, )<br>and the TOWN OF READING, )<br>    Defendants. )<br> ) | C.A. NO. 04-11421-JLT |

**MOTION FOR LEAVE TO FILE REPLY**

Now comes the Plaintiff and, pursuant to L.R. 7.1, hereby moves this Court for leave to file a reply to the Defendants' opposition to his motion for summary judgment. As grounds therefore, the Plaintiff states the following:

1. The Defendants have asserted the defense of qualified immunity, which would have been imprudent for the Plaintiff to raise in his initial motion.

2. The Defendants have raised other issues of law which could not have been reasonably anticipated by the Plaintiff.

3. A reply is necessary for full and fair consideration of the Plaintiff's summary judgment motion.

4. Counsel for the Defendants assents to this motion.


DATED: November 2, 2005

//S//Michael Tumposky
Stephen B. Hrones (BBO No. 242860)
Jessica D. Hedges (BBO No. 645847)
Michael L. Tumposky (BBO No. 660618)
HRONES, GARRITY & HEDGES
Lewis Wharf–Bay 232
Boston, MA 02110-3927
T) 617/227-4019

1

**CERTIFICATE OF SERVICE**

      I, Michael Tumposky, hereby certify that, on this 2nd day of November, 2005, I served one true and correct copy of the foregoing, where unable to do so electronically, by United States First-Class Mail, postage prepaid, to all counsel of record in this matter.

                                                          //S//Michael Tumposky
                                                          Michael Tumposky