UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JOEY JOSEPH<br>    Plaintiff, | )<br>)<br>) | C.A. NO. 04-11421-JLT |
| v. | )<br>) |  |
| Officer P. IAPICCA, Officer LENTINI,<br>Officer RUSSELL, Officer VOEGELIN,<br>and the TOWN OF READING,<br>    Defendants. | )<br>)<br>)<br>)<br>) |  |

## PLAINTIFF'S REQUEST FOR *VOIR DIRE* QUESTIONS

Now comes the plaintiff, Joey Joseph and hereby moves that all the prospective jurors undergo individual *voir dire* as to the following questions in order to determine if they are unbiased jurors. Pursuant to such examination, the plaintiff also moves that the following brief statement of facts of the case be put to the jurors:

### BRIEF STATEMENT OF THE FACTS

The plaintiff, an engineer for a Massachusetts Bay Commuter Rail (MBCR) commuter rail train, alleges that the defendant Reading Police Officers illegally arrested him and used excessive force on him in violation of his Fourth and Fourteenth Amendment rights. The plaintiff also alleges that the Town of Reading is liable for failing to train, supervise, discipline, and/or remove its police officers prone to making illegal arrests and using excessive force on citizens.

## *VOIR DIRE* QUESTIONS

1. Have you or has any member of your family or any close friend ever held a job in law enforcement?

2. Have you or any member of your family, or any close friend ever been employed by or worked for the Town of Reading? If so, who, when, and in what capacity?

3. Would you be inclined to give greater weight to the testimony of a police officer than you would to the testimony of an ordinary citizen because he/she is a police officer? If yes, why is that?

4. Do you believe that police officers receive any kind of special training about how they testify in court? If yes, what kind of training? How do you think that training affects how they present themselves as witnesses?

5. Some people think that even though the police make mistakes, that is the price we have to pay for police protection. What is your opinion about that?

6. What, if any, problems do you have with the idea of someone suing a police officer?

7. Do you have any opinions about how the problem of police misconduct should be handled by society? If so, what are your opinions?

8. This case involves a claim by the Plaintiff that the Defendant police officers falsely arrested him and used excessive force in making the arrest. Is there anything about these facts which would prevent or make it difficult for you to be a fair and impartial juror?

9. This is a lawsuit brought by an individual against members of the Police Department. Do you feel that an individual who believes that he has been treated wrongly has a right to bring suit against police officers?

10. Do you believe it is sometimes acceptable for a police officer to lie in order to be loyal to other police officers?

11. If, after hearing the evidence and the instructions of the judge, you found that a police officer had violated Plaintiff's rights, would anything cause you to hesitate to make him pay money damages to the person suing him? If so, what?

12. If you were selected as a juror in this case, do you know of any reason why you could not sit as an impartial juror?

13. Do you feel that a person should be compensated for emotional and mental distress that another person wrongfully causes him or her?

14. If the judge were to instruct you that such compensation was proper under the law, would you have any hesitation about making such an award if the evidence warranted?

                Respectfully Submitted,
                JOEY JOSEPH.
                By his attorneys,

                //s// Jessica D. Hedges
                Jessica D. Hedges, BBO # 645847
                Stephen Hrones, BBO # 242860
                HRONES, GARRITY& HEDGES, LLP
                Lewis Wharf – Bay 232
                Boston, MA  02110-3927
                (617) 227-4019

**CERTIFICATE OF SERVICE**

I, Jessica D. Hedges, hereby certify that, on this the 2[d] day of March, 2006, I have caused to be served a copy of this document, where unable to do so electronically, on all counsel of record in this matter.

                //s// Jessica D. Hedges
                Jessica D. Hedges