UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOEY JOSEPH,  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>Officer P. IAPICCA, Officer LENTINI,  )<br>Officer RUSSELL, Officer VOEGELIN,  )<br>and the TOWN OF READING,  )<br>    Defendants.  )<br>  ) | C.A. NO. 04-11421-JLT |

**PROPOSED EXHIBITS OF THE PLAINTIFF**

1. Sympathy card to Joey Joseph from Train passengers

2. Medical records of Andrew Kumin, Psy.D.

3. Medical records from New England Medical Center, Department of Orthopedics

4. Medical Records from Dr. Daniel Chin

Plaintiff may also rely upon defendants proposed exhibits.

                                            Respectfully Submitted,
                                            JOEY JOSEPH,
                                            By his attorneys,

                                            //s// Michael Tumposky
                                            Jessica D. Hedges (BBO # 645847)
                                            Stephen Hrones (BBO # 242860)
                                            Michael Tumposky (BBO # 660618)
                                            Hrones, Garrity & Hedges
                                            Lewis Wharf – Bay 232
                                            Boston, MA 02110-3927
                                            T) 617-227-4019

**CERTIFICATE OF SERVICE**

    I, Michael Tumposky, hereby certify that, on this the 5th day of May, 2006, I have caused to be served a copy of this document, where unable to do so electronically, on all counsel of record in this matter.

                                                    <u>//s// Michael Tumposky</u>
                                                    Michael Tumposky