UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOEY JOSEPH,<br>　　　Plaintiff,<br><br>v.<br><br>Officer P. IAPICCA, Officer LENTINI,<br>Officer RUSSELL, Officer VOEGELIN,<br>and the TOWN OF READING,<br>　　　Defendants. | C.A. NO. 04-11421-JLT |

**PLAINTIFF'S EXPECTED TRIAL WITNESSES**

　　a.　　All named Defendants

　　b.　　Ms. Dorothy MacAdams, 1 Hawthorne Terrace, North Reading, MA

　　c.　　Sergeant David Stamatis, Reading Police Department, 15 Union Street, Reading, MA 01867

　　d.　　Ms. Judy Evanko, Spaulding Rehabilitation Hospital, 125 Nashua Street, Boston, MA 02114

　　e.　　Ms. Renee Granito, Perkins, Smith & Cohen, One Beacon Street, Boston, MA 02108

　　f.　　Carolyn O'Brien, 24 Minot Street, Reading, MA 01867

　　g.　　Ms. Marie Joseph

　　h.　　Andrew Kumin, Psy.D.

　　i.　　Plaintiff reserves the right to call any witness listed on defendants' witness list

　　　　　　　　　　　　　　　　　　　Respectfully Submitted,
　　　　　　　　　　　　　　　　　　　JOEY JOSEPH,
　　　　　　　　　　　　　　　　　　　By his attorneys,

　　　　　　　　　　　　　　　　　　　//s// Michael Tumposky
　　　　　　　　　　　　　　　　　　　Jessica D. Hedges (BBO # 645847)
　　　　　　　　　　　　　　　　　　　Stephen Hrones (BBO # 242860)
　　　　　　　　　　　　　　　　　　　Michael Tumposky (BBO # 660618)
　　　　　　　　　　　　　　　　　　　Hrones, Garrity & Hedges
　　　　　　　　　　　　　　　　　　　Lewis Wharf – Bay 232
　　　　　　　　　　　　　　　　　　　Boston, MA 02110-3927
　　　　　　　　　　　　　　　　　　　T) 617-227-4019

- 2 -

## CERTIFICATE OF SERVICE

    I, Michael Tumposky, hereby certify that, on this the 5th day of May, 2006, I have caused to be served a copy of this document, where unable to do so electronically, on all counsel of record in this matter.

                                                                 //s// Michael Tumposky
                                                                 Michael Tumposky