UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOEY JOSEPH, )
    Plaintiff )
) CIVIL ACTION
) NO. 04-11421-JLT
)
VS. )
)
OFFICER P. IAPICCA, OFFICER LENTINI, )
OFFICER RUSSELL, OFFICER VOEGELIN, AND )
THE TOWN OF READING, )
    Defendants )
)

## DEFENDANTS' EXPECTED TRIAL WITNESSES

a. Jerry Demodena, General Road Foreman
Massachusetts Bay Commuter Rail

b. John Santa Maria, Train Master
Massachusetts Bay Transit Authority

c. Detective Bob Fitzsimmons
Massachusetts Bay Transit Authority

d. Detective James Clark
Massachusetts Bay Transit Authority

e. Stephen Jones, Chief Operating Officer
Massachusetts Bay Transit Authority

f. Officer Pat Iapicca
Reading Police Department

g. Officer Bruce Russell
Reading Police Department

h. Officer Christopher Voegelin
Reading Police Department

i. Attorney Stephen M. O'Shea

j. Mr. Kenneth D. Hicks

k. Mr. Jack Yang

1

l.    Mr. Patrick Keogan

m.    Ms. Jean M. McHale

n.    Mr. Randy Carter

o.    Officer Larry Frederick
Reading Police Department

p.    Chief Robert J. Silva
Reading Police Department

q.    Defendants reserve the right to call any witness listed on plaintiff's witness list.

Defendants,
By their attorneys,
BRODY, HARDOON, PERKINS & KESTEN, LLP

/s/ Leonard H. Kesten
Leonard H. Kesten. BBO No. 542042
Deborah I. Ecker, BBO No. 554623
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Dated: May 5, 2006