UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOEY JOSEPH,<br>      Plaintiff<br><br>VS.<br><br>OFFICER P. IAPICCA, OFFICER LENTINI,<br>OFFICER RUSSELL, OFFICER VOEGELIN, AND<br>THE TOWN OF READING,<br>      Defendants | CIVIL ACTION<br>NO. 04-11421-JLT |

**DEFENDANTS' PROPOSED TRIAL EXHIBITS**

A. Video Tape of Booking

B. Audio Tape of 911 Calls and Dispatch Calls

C. Drivers License.

D. Train License

E-P. Pictures of Scene

                                      Defendants,
                                      By their attorneys,
                                      BRODY, HARDOON, PERKINS & KESTEN, LLP


                                      /s/ Leonard H. Kesten
                                      Leonard H. Kesten. BBO No. 542042
                                      Deborah I. Ecker, BBO No. 554623
                                      One Exeter Plaza
                                      Boston, MA 02116
                                      (617) 880-7100

Dated: May 5, 2006