UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOEY JOSEPH,<br>    Plaintiff,<br><br>v.<br><br>Officer P. IAPICCA, Officer LENTINI,<br>Officer RUSSELL, Officer VOEGELIN,<br>and the TOWN OF READING,<br>    Defendants. | C.A. NO. 04-11421-JLT |

### DEFENDANTS' OBJECTION TO WTINESSES

The defendants in this action hereby object to the plaintiff calling the following witnesses at the trial of this matter:

1. Dorothy MacAdams;
2. Renee Granito; and
3. Marie Joseph.

The defendants base their objection on the fact that these witnesses were not identified by the plaintiff in his initial automatic disclosure filed on December 3, 2004, nor were they identified in the plaintiff's supplemental automatic disclosure filed on June 14, 2005.

Accordingly, the defendants ask that this court order that the above-witnesses not be called at the trial of this matter.

Respectfully submitted,
The Defendants,
Officer P. Iapicca, Officer Lentini,
Officer Russell, Officer Voegelin, and
The Town of Reading,
By their attorneys,

/s/ Leonard H. Kesten
Leonard H. Kesten, BBO# 542042
BRODY, HARDOON,
PERKINS & KESTEN, LLP
One Exeter Plaza, 12th Floor
Boston, MA 02116
(617) 880-7100

Dated: May 8, 2006