**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**JOEY JOSEPH,**
   **Plaintiff,**

   **V**                                     **CA 04-11421-JLT**

**OFFICER IAPICCA, ET AL.,**
   **Defendants.**

## SETTLEMENT ORDER OF DISMISSAL

**TAURO, D.J.**

**The court having been advised on May 8, 2006 by counsel for the parties that the above action has been settled:    IT IS ORDERED that this action is hereby dismissed without prejudice to reconsideration and possible re-opening if within 30 days of this order a motion is filed which represents that the terms of the settlement agreement have not been performed and there is good cause for the non-performing party or parties to have failed to perform.**

                                                                            **Zita Lovett**
                                                                            /s/

                                                                            **Deputy Clerk**

**May 11, 2006**